B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sharma, Sanjesh Prasad** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Sharma, Aracely Colombina** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7855** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2720** |
| Street Address of Debtor (No. and Street, City, and State):<br>**857 Sonora Ct<br>San Dimas, CA**                    ZIP Code **91773** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**857 Sonora Ct<br>San Dimas, CA**                    ZIP Code **91773** |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business:<br>**Los Angeles** |
| Mailing Address of Debtor (if different from street address):<br>**421 South Cataract Avenue<br>San Dimas, CA**                    ZIP Code **91773** | Mailing Address of Joint Debtor (if different from street address):<br>**421 South Cataract Avenue<br>San Dimas, CA**                    ZIP Code **91773** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Business are closed down** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as       business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sharma, Sanjesh Prasad**<br>**Sharma, Aracely Colombina** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Sharma, Sanjesh Prasad**<br>**Sharma, Aracely Colombina** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Sanjesh Prasad Sharma**
Signature of Debtor **Sanjesh Prasad Sharma**

**X** **/s/ Aracely Colombina Sharma**
Signature of Joint Debtor **Aracely Colombina Sharma**

Telephone Number (If not represented by attorney)

**December  3, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Steven A. Alpert**
Signature of Attorney for Debtor(s)

**Steven A. Alpert 159730**
Printed Name of Attorney for Debtor(s)

**Price Law Group, APC**
Firm Name

**15760 Ventura Blvd.**
**Suite 1100**
**Encino, CA 91436**
Address

**818-995-4540  Fax: 818-995-9277**
Telephone Number

**December  3, 2010                159730**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

In re    **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**

Case No. _____

Debtors

# Form 1. Voluntary Petition

## Other Names Attachment

All Other Names used by Debtor in the last 8 years:

1.     **AW**    **Diverse Lending Group**
2.     **AW**    **Sharma Developments Inc.**
3.     **AW**    **Team Sharma Inc.**
4.     **AW**    **Bella Builders Inc.**
5.     **AW**    **Ashton Management LLC**
6.     **AW**    **Bloomington Estates Inc.**
7.     **AW**    **Royal Kanan Homes Inc.**
8.     **AW**    **Baldwin Park Builders LLC**
9.     **AW**    **Project Real LLC**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re    **Sanjesh Prasad Sharma**
       **Aracely Colombina Sharma**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com      Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Sanjesh Prasad Sharma**
        **Sanjesh Prasad Sharma**

Date: **December  3, 2010**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com              Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Central District of California

In re     **Sanjesh Prasad Sharma**
**Aracely Colombina Sharma**
_____     Case No. _____
                                      Debtor(s)     Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Aracely Colombina Sharma**

                     **Aracely Colombina Sharma**

Date:  **December  3, 2010**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **San Dimas**                              , California.       **/s/ Sanjesh Prasad Sharma**
                                                                            **Sanjesh Prasad Sharma**
Dated         **December  3, 2010**                                         *Debtor*

                                                                            **/s/ Aracely Colombina Sharma**
                                                                            **Aracely Colombina Sharma**
                                                                             *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                Best Case Bankruptcy

B201 - Notice of Available Chapters (Rev. 12/08)                                                                USBC, Central District of California

Name:    **Steven A. Alpert 159730**
Address:    **15760 Ventura Blvd.**
    **Suite 1100**
    **Encino, CA 91436**
Telephone:    **818-995-4540**    Fax:    **818-995-9277**

■ Attorney for Debtor
☐ Debtor in Pro Per

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| List all names including trade names, used by Debtor(s) within last 8 years: | Case No.: |
| **Sanjesh Prasad Sharma**<br>**Aracely Colombina Sharma**<br>    **AW Diverse Lending Group; AW Sharma Developments**<br>    **Inc.; AW Team Sharma Inc.; AW Bella Builders Inc.; AW**<br>    **Ashton Management LLC; AW Bloomington Estates Inc.;**<br>    **AW Royal Kanan Homes Inc.; AW Baldwin Park Builders**<br>    **LLC; AW Project Real LLC** | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge**. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

    **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

    1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

    2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                Best Case Bankruptcy

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.   ### Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Sanjesh Prasad Sharma** | | |
| **Aracely Colombina Sharma** | X **/s/ Sanjesh Prasad Sharma** | **December  3, 2010** |
| Printed Name of Debtor | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X **/s/ Aracely Colombina Sharma** | **December  3, 2010** |
| | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Sanjesh Prasad Sharma,**
    **Aracely Colombina Sharma**

Case No. _____

_____,
                                    Debtors

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,390,000.00 | | |
| B - Personal Property | Yes | 4 | 53,736.30 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,169,096.21 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 166,479.12 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | 10,756,440.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,650.69 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,157.00 |
| Total Number of Sheets of ALL Schedules | | 60 | | | |
| Total Assets | | | 1,443,736.30 | | |
| Total Liabilities | | | | 12,092,015.96 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re  **Sanjesh Prasad Sharma,**
    **Aracely Colombina Sharma**

Case No. _____

    Debtors  ,    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **Sanjesh Prasad Sharma,**                                          Case No. _____
          **Aracely Colombina Sharma**
                                                                    ,
                                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 857 Sonora Ct, San Dimas CA 91773** | | C | **550,000.00** | **613,096.21** |
| **10227 Beverly Blvd.**<br>**Whittier, CA 90604** | | C | **340,000.00** | **356,000.00** |
| **This property is owned by Debtor's LLC, Ashton Management LLC** | | | | |
| **1700 1700 1/2 1702 1702 1/2 S La Brea Blvd. Los Angeles, CA**<br>**4919 St. Elmo**<br>**These 5 units are all on one parcel.** | | C | **500,000.00** | **Unknown** |
| **There is litigation pending currently about whether California Bank and Trust has a valid lien. They certainly should have a valid lien, but due to an accidental reconveyance they may not have a lien. There is some litigation pending between California Bank & Trust and the title company and the debtor has no idea how all of this will play out. The property is actually owned by Debtor's LLC, Ashton Management LLC** | | | | |

|  | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **1,390,000.00** | (Total of this page) |
| | | Total > | **1,390,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Sanjesh Prasad Sharma,**                                    Case No. _____
**Aracely Colombina Sharma**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking accounts; Chase, US Bank and California Bank and Trust** | - | **1,000.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household furnishings, electronics, etc.** | - | **3,600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Personal clothing** | - | **1,500.00** |
| 7. Furs and jewelry. | | **Misc. Jewelry** | - | **2,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **8,100.00**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sanjesh Prasad Sharma,**                    Case No. _____
            **Aracely Colombina Sharma**

                                            Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA** | **C** | **22,027.30** |
| | | **ERISA-qualified 401(k) plan (not property of the estate)** | **C** | **1,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtors own 100% of Ashton Management LLC. The LLC owns the 2 propeties listed on Sch A. Aside from an empty bank account, the LLC has no other assets.** | **C** | **0.00** |
| | | **The LLC has a large amount of debt- perhaps $60,000, and possibly a lot more.** | | |
| | | **Debtors own 100% of Project Real LLC.  No business was ever conducted by this LLC, and no assets have ever been owned by this LLC.** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2009 tax refunds** | **C** | **6,609.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                  Sub-Total >      **29,636.30**
                                (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**                                    Case No. _____
         **Aracely Colombina Sharma**

_____,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtors lent $10,000 to someone four years ago and that person has never paid them back. It is unknown what if anything will be received.** | C | 10,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Mercedes S500, very high miles** | - | 5,000.00 |
| | | **Debtor's father owns a 2010 Kia. Debtors drive the vehicle and make the payment on it. Debtors are not on title and are not on the loan.** | C | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Debtor has minimal office equipment of limited liquidation value.** | C | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >                16,000.00
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**
         **Aracely Colombina Sharma**
                                                                Case No. _____
_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **53,736.30** |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Sanjesh Prasad Sharma,**                                          Case No. _____
         **Aracely Colombina Sharma**

                                                    ,
                                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking accounts; Chase, US Bank and California Bank and Trust** | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous household furnishings, electronics, etc.** | C.C.P. § 703.140(b)(3) | 3,600.00 | 3,600.00 |
| **Wearing Apparel** | | | |
| **Personal clothing** | C.C.P. § 703.140(b)(3) | 1,500.00 | 1,500.00 |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry** | C.C.P. § 703.140(b)(4) | 1,425.00 | 2,000.00 |
| | C.C.P. § 703.140(b)(5) | 575.00 | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA** | C.C.P. § 703.140(b)(10)(E) | 100% | 22,027.30 |
| **ERISA-qualified 401(k) plan (not property of the estate)** | C.C.P. § 703.140(b)(10)(E) | 100% | 1,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2009 tax refunds** | C.C.P. § 703.140(b)(5) | 6,609.00 | 6,609.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Debtors lent $10,000 to someone four years ago and that person has never paid them back. It is unknown what if anything will be received.** | C.C.P. § 703.140(b)(5) | 10,000.00 | 10,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2000 Mercedes S500, very high miles** | C.C.P. § 703.140(b)(2) | 3,525.00 | 5,000.00 |
| | C.C.P. § 703.140(b)(5) | 1,475.00 | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Debtor has minimal office equipment of limited liquidation value.** | C.C.P. § 703.140(b)(6) | 1,000.00 | 1,000.00 |

Total:    53,736.30    53,736.30

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Sanjesh Prasad Sharma,**
   **Aracely Colombina Sharma**   Case No. _____

_____,
   Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2008** **3rd DOT** **1700 1700 1/2 1702 1702 1/2 S La Brea** **Blvd. Los Angeles, CA** **4919 St. Elmo** **These 5 units are all on one parcel.** **There is litigation pending currently** **about whether California Bank and Trust** | | | | | |
| **Creditor #: 1** **California Bank & Trust** **Los Angeles Service Center** **P.O. Box 549** **Lawndale, CA 90260** | | C | | | | X | | |
| | | | Value $               500,000.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | **2nd DOT** **1700 1700 1/2 1702 1702 1/2 S La Brea** **Blvd. Los Angeles, CA** **4919 St. Elmo** **These 5 units are all on one parcel.** **There is litigation pending currently** **about whether California Bank and Trust** **has a valid lien.  They certainly should** | | | | | |
| **Creditor #: 2** **Carl Attman** **1510 N. White Ave** **La Verne, CA 91750** | | C | | | | | | |
| | | | Value $               500,000.00 | | | | **100,000.00** | **0.00** |
| Account No. | | | | | | | | |
| **Carl Attman** **27543 Mariam Place** **Santa Clarita, CA 91350** | | | **Representing:** **Carl Attman** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **1st DOT** **10227 Beverly Blvd.** **Whittier, CA 90604** | | | | | |
| **Creditor #: 3** **Chase Manhattan Bank USA, NA** **500 White Clay Center Dr.** **Newark, DE 19711-5469** | | C | **This property is owned by Debtor's LLC,** **Ashton Management LLC** | | | | | |
| | | | Value $               340,000.00 | | | | **356,000.00** | **16,000.00** |

____1____ continuation sheets attached

Subtotal
(Total of this page)

| **456,000.00** | **16,000.00** |
|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**                                                    Case No. _____
          **Aracely Colombina Sharma**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. | | | | | **2005** | | | | | |
| **Creditor #: 4** **Chase Manhattan Mortgage** **Attention: Research Dept. G7-PP** **3415 Vision Drive** **Columbus, OH 43219** | C | | | | **1st TD** **Location: 857 Sonora Ct, San Dimas CA 91773** | | | | | |
| | | | | | Value $            **550,000.00** | | | | **613,096.21** | **63,096.21** |
| Account No. | | | | | | | | | | |
| **California Reconveynace Co** **9200 Oakdale Ave - CA2-4379** **T.S. No. 443741CA** **Chatsworth, CA 91311** | | | | | **Representing:** **Chase Manhattan Mortgage** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | **1st DOT** **1700 1700 1/2 1702 1702 1/2 S La Brea Blvd. Los Angeles, CA 4919 St. Elmo** | | | | | |
| **Creditor #: 5** **Satrohan P Sharma** **1619 Oxford Court** **San Dimas, CA 91773** | C | | | | **These 5 units are all on one parcel.** **There is litigation pending currently about whether California Bank and Trust has a valid lien. They certainly should** | | | | | |
| | | | | | Value $            **500,000.00** | | | | **100,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **713,096.21** | **63,096.21** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,169,096.21** | **79,096.21** |

B6E (Official Form 6E) (4/10)

.

In re **Sanjesh Prasad Sharma,**    Case No. _____
**Aracely Colombina Sharma**
_____,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Sanjesh Prasad Sharma,**
**Aracely Colombina Sharma**

Case No. _____

Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **Creditor #: 1** **Board of Equalization** P.O Box 942879 Sacramento, CA 94279-8049 | C | | | | 2006 Taxes | | | | 2,500.00 | 0.00 | 2,500.00 |
| Account No. **State Board of Equalization** P.O. Box 942879 Sacramento, CA 94279-0001 | | | | | Representing: Board of Equalization | | | | **Notice Only** | | |
| Account No. **Creditor #: 2** **EDD - State of California** **Employment Development Department** P.O. Box 826218 Sacramento, CA 94230-6218 | C | | | | 2008 Payroll Tax | | | | 3,000.00 | 0.00 | 3,000.00 |
| Account No. **Creditor #: 3** **Franchise Tax Board** **Attn: Bankruptcy** P O Box 2952 Sacramento, CA 95812-2952 | C | | | | 2004 & 2007 Personal Income Tax | | | | 94,979.12 | 0.00 | 94,979.12 |
| Account No. **Creditor #: 4** **IRS-Internal Revenue Srvc-CIO** Post Office Box 21126 Stop N781 Philadelphia, PA 19114 | C | | | | 2007 - 2008 Employment Taxes | | | X | 36,000.00 | 0.00 | 36,000.00 |

Sheet <u>1</u> of <u>2</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 136,479.12 | 0.00 136,479.12 |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re   **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**
                                       Debtors

Case No. _____

,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br><br>**Creditor #: 5**<br>**IRS-Internal Revenue Srvc-CIO**<br>**Post Office Box 21126**<br>**Stop N781**<br>**Philadelphia, PA 19114** | C | | | **2004-2009**<br><br>**Income Tax** | | | X | 30,000.00 | 25,000.00 | 5,000.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 30,000.00 | 25,000.00<br>5,000.00 |
| Total<br>(Report on Summary of Schedules) | 166,479.12 | 25,000.00<br>141,479.12 |

B6F (Official Form 6F) (12/07)

In re  **Sanjesh Prasad Sharma,**                                                    Case No. _____
       **Aracely Colombina Sharma**
                                                              ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1**<br>**A & E Investments Inc**<br>**C/O Timothy P Dillon**<br>**4660 La Jolla Village Dr #775**<br>**San Diego, CA 92122** | | C | **2009-2010**<br>**personal liability for corporate debt** | | | | **56,000.00** |
| Account No.<br><br>**Dillon & Gerardi, APC**<br>**4660 La Jolla Village Dr, #775**<br>**San Diego, CA 92122** | | | **Representing:**<br>**A & E Investments Inc** | | | | **Notice Only** |
| Account No.<br><br>**Samuel A. Lovely, Esq**<br>**451 W. Bonita Avenue, #9**<br>**Case #KC052264**<br>**San Dimas, CA 91773** | | | **Representing:**<br>**A & E Investments Inc** | | | | **Notice Only** |
| Account No.<br><br>**Superior Court - Pomona District**<br>**Case # KC052264**<br>**400 Civic Center Plaza**<br>**Pomona, CA 91766** | | | **Representing:**<br>**A & E Investments Inc** | | | | **Notice Only** |
| __43__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | **56,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                S/N:24830-101118   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
     **Aracely Colombina Sharma**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009-2010 | | | | |
| Creditor #: 2 Adams, Ferrone & Ferrone 4333 Park Terrace Dr., Ste 200 Westlake Village, CA 91361 | C | | | Potential personal liability for corporate debt | | | | 13,000.00 |
| Account No. | | | | | | | | |
| Mark J Peacock 5160 Campus Drive Newport Beach, CA 92660 | | | | Representing: Adams, Ferrone & Ferrone | | | | Notice Only |
| Account No. | | | | | | | | |
| PMAC Leding Services 15325 Fairfield Ranch Road Chino Hills, CA 91709 | | | | Representing: Adams, Ferrone & Ferrone | | | | Notice Only |
| Account No. | | | | 2009-2010 | | | | |
| Creditor #: 3 Alfredo & Margarita Albear Albear Enterprises, Inc. A & M Trucking 1340 E. Merced Avenue West Covina, CA 91790 | C | | | Potential personal liability for corporate debt | | | | 100,000.00 |
| Account No. | | | | 2009 | | | | |
| Creditor #: 4 Alfredo & Margarita Albear Albear Enterprises 1340 E. Merced Avenue West Covina, CA 91790 | C | | | Potential personal liability for corporate debt | | | | 100,000.00 |

Sheet no. __1__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

213,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**
                                                                    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **A & M Trucking** **1340 E. Merced Avenue** **West Covina, CA 91790** | | | | **Representing:** **Alfredo & Margarita Albear** | | | | **Notice Only** |
| Account No. | | | | **2010** **Deficiency Balance on Mortgage** | | | | |
| **Creditor #: 5** **Anchor Loans** **1299 Ocean Avenue** **Santa Monica, CA 90401-1038** | C | | | | | | | **625,500.00** |
| Account No. | | | | | | | | |
| **Axelson Corn** **1220 N. Coast Hwy 101, #120** **Encinitas, CA 92024** | | | | **Representing:** **Anchor Loans** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Marc Langtzman** **C/O Anchor Loans** **1299 Ocean Avenue** **Santa Monica, CA 90401-1038** | | | | **Representing:** **Anchor Loans** | | | | **Notice Only** |
| Account No. | | | | **2009** **Potential personal liability for corporate debt** | | | | |
| **Creditor #: 6** **Archer Norris** **2033 N. Main Street, #800** **Walnut Creek, CA 94596** | C | | | | | | | **32,522.00** |

Sheet no. __2___ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**658,022.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
     **Aracely Colombina Sharma**
                                               ,
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009-2010 | | | | |
| Creditor #: 7<br>**Aruna Sharma**<br>**958 Marymount Lane**<br>**Claremont, CA 91711** | C | | | | **Potential personal liability for corporate debt** | | | | |
| | | | | | | | | | 400,000.00 |
| Account No. | | | | | 2009-2010 | | | | |
| Creditor #: 8<br>**Bakhit Factory**<br>**5071 Castle Court**<br>**Rancho Cucamonga, CA 91701** | C | | | | **Potential personal liability for corporate debt** | | | | |
| | | | | | | | | | 270,376.00 |
| Account No. | | | | | | | | | |
| **Andrew Leff**<br>**Spile, Seigal, Leff & Goor, LLP**<br>**16501 Ventura Blvd., #610**<br>**Encino, CA 91436-2072** | | | | | **Representing:**<br>**Bakhit Factory** | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Esposito & Associates**<br>**616 E. Glenoaks Blvd, #202**<br>**Glendale, CA 91207** | | | | | **Representing:**<br>**Bakhit Factory** | | | | Notice Only |
| Account No. | | | | | | | | | |
| **San Bernardino Co. Superior Court**<br>**West District**<br>**(Case No. CIVRS1009027)**<br>**8303 Haven Ave.**<br>**Rancho Cucamonga, CA 91730** | | | | | **Representing:**<br>**Bakhit Factory** | | | | Notice Only |

Sheet no. __3___ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

670,376.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**                                           Case No. _____
         **Aracely Colombina Sharma**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9** **Creditor #: 9** **Belmont Veterinary Group** **335 Rushmore Avenue** **Mamaroneck, NY 10543** | C | | **2010** **Claim** | | | | 150.00 |
| Account No. **10** **Creditor #: 10** **Belvedere Plumbing Company** **dba Bel/CO Real Prop Serv** **2647 Pomona Blvd.** **Pomona, CA 91768** | C | | **2008** **Potential Personal Liability for corporate debt** | | | | 32,819.00 |
| Account No. **11** **Creditor #: 11** **Binh Phung** **20051 Lawson Lane** **Huntington Beach, CA 92646** | C | | **2009** **Potential Personal Liability for corporate debt** | | | | 55,000.00 |
| Account No. **12** **Creditor #: 12** **BMW Financial Services** **5550 Britton Pkwy** **Hilliard, OH 43026-7455** | C | | **2009** **Deficiency Balance on Automobile** | | | | 12,000.00 |
| Account No. **American Collection Systems, Inc.** **P.O. Box 29117** **Columbus, OH 43229-0117** | | | **Representing:** **BMW Financial Services** | | | | **Notice Only** |

Sheet no. __4__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**99,969.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**                                          Case No. _____
         **Aracely Colombina Sharma**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Source Advantage**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | **Representing:**<br>**BMW Financial Services** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 13**<br>**Burrtec Waste**<br>**1850 Agua Mansa Rd**<br>**Riverside, CA 92509** | C | | **2010**<br>**Potential personal liability for corporate debt** | | | | 188.00 |
| Account No. **xx0567** <br><br>**Creditor #: 14**<br>**California Bank & Trust**<br>**Los Angeles Service Center**<br>**P.O. Box 549**<br>**Lawndale, CA 90260** | C | | **2009-2010**<br>**Credit/Line - Personal account** | | | | 5,000.00 |
| Account No. <br><br>**Creditor #: 15**<br>**California Bank and Trust**<br>**2399 Gateway Oaks Drive**<br>**Suite 110**<br>**Sacramento, CA 95833** | C | | **2009-2010**<br>**potential personal liability for corporate debt** | | | | 5,500.00 |
| Account No. <br><br>**Ira G. Rivan**<br>**Rutan & Tucker LLP**<br>**611 Anton Blvd., 14th flr**<br>**Costa Mesa, CA 92626** | | | **Representing:**<br>**California Bank and Trust** | | | | **Notice Only** |

Sheet no. __5__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **10,688.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Superior Court - Los Angeles County Case #BC431916 111 N. Hill Street, Suite 102 Los Angeles, CA 90012** | | | Representing: **California Bank and Trust** | | | | **Notice Only** |
| Account No. | | | 2010 | | | | |
| **Creditor #: 16 California Business Bureau 1711 South Mountain Ave. Monrovia, CA 91017** | | C | **Potential personal liability for a corporate debt** | | | | **3,894.00** |
| Account No. | | | 2008 | | | | |
| **Creditor #: 17 California Water Service Co. PO Box 9581 Long Beach, CA 90810-0601** | | C | **Potential Personal liablility for a corporate debt** | | | | **134.00** |
| Account No. | | | | | | | |
| **Financial Credit Network Inc PO Box 3084 Visalia, CA 93291-3084** | | | Representing: **California Water Service Co.** | | | | **Notice Only** |
| Account No. | | | 2009-2010 | | | | |
| **Creditor #: 18 Carmen Salcido C/O Gary A Perotin, Atty at Law 151 North Kraemer Blvd., #225 Placentia, CA 92870** | | C | **Personal liability for corporate debt** | | | | **236,400.00** |

Sheet no. __6__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**240,428.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**
                                                                    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Gary A Perotin, Attorney At Law** **151 North Kraemer Blvd, #225** **Case #KC051243** **Placentia, CA 92870** | | | | Representing: **Carmen Salcido** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Superior Court - Los Angeles County** **Case #KC051243** **111 N. Hill Street, Suite 102** **Los Angeles, CA 90012** | | | | Representing: **Carmen Salcido** | | | | **Notice Only** |
| Account No. | | | | 2009 **Potential personal liability for corporate debt** | | | | |
| **Creditor #: 19** **Charles Rick Combs &** **Deborah K. Combs** **4839 Via Camino** **Newbury Park, CA 91320** | C | | | | | | | **200,000.00** |
| Account No. | | | | 2008 **Deficiency Balance on Automobile (2)** | | | | |
| **Creditor #: 20** **Chase Auto Finance** **P O Box 15123** **Wilmington, DE 19850** | C | | | | | | | **79,000.00** |
| Account No. | | | | | | | | |
| **Accounts Receivable Management** **P.O. Box 129** **Thorofare, NJ 08086-0129** | | | | Representing: **Chase Auto Finance** | | | | **Notice Only** |

Sheet no. __**7**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**279,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sanjesh Prasad Sharma,**
        **Aracely Colombina Sharma**
                                                              Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Mitchell N. Kay** **7 Penn Plaza, 18th Floor** **New York, NY 10001** | | | | | Representing: **Chase Auto Finance** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Plaza Recovery Associates** **PO Box 18008** **Hauppauge, NY 11788** | | | | | Representing: **Chase Auto Finance** | | | | **Notice Only** |
| Account No. | | | | | **2008** **Deficiency Balance on Automobile** | | | | |
| **Creditor #: 21** **Chase Manhattan Bank USA, NA** **500 White Clay Center Drive** **Newark, DE 19711-5469** | C | | | | | | | | **53,825.00** |
| Account No. | | | | | | | | | |
| **American Coradius International** **2420 Sweet Home Road** **Suite 150** **Amherst, NY 14228-2244** | | | | | Representing: **Chase Manhattan Bank USA, NA** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Mitchell N. Kay** **7 Penn Plaza, 18th Floor** **New York, NY 10001** | | | | | Representing: **Chase Manhattan Bank USA, NA** | | | | **Notice Only** |

Sheet no. __8___ of __43___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **53,825.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**    Case No. _____
    **Aracely Colombina Sharma**
_____ ,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Plaza Recovery Associates**<br>**PO Box 18008**<br>**Hauppauge, NY 11788** | | | **Representing:**<br>**Chase Manhattan Bank USA, NA** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 22**<br>**Chase Manhattan Bank USA, NA**<br>**500 White Clay Center Drive**<br>**Newark, DE 19711-5469** | C | | **2008**<br>**Credit Card (2)** | | | | **23,004.00** |
| Account No. <br><br>**Arthur W. Shwachman**<br>**JP Morgan Chase Legal Dept.**<br>**300 S. Grand Ave, 4th Floor**<br>**Los Angeles, CA 90071** | | | **Representing:**<br>**Chase Manhattan Bank USA, NA** | | | | **Notice Only** |
| Account No. <br><br>**David B Snyder**<br>**LPMorgan Chase Legal Dept.**<br>**300 S. Grand Avneue, 4th Floor**<br>**Los Angeles, CA 90071** | | | **Representing:**<br>**Chase Manhattan Bank USA, NA** | | | | **Notice Only** |
| Account No. <br><br>**JP Morgan Chase Legal Department**<br>**300 S Grand Avenue**<br>**4th Floor**<br>**Los Angeles, CA 90071** | | | **Representing:**<br>**Chase Manhattan Bank USA, NA** | | | | **Notice Only** |

Sheet no. __9__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,004.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**        Case No. _____
        **Aracely Colombina Sharma**
                                                            ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Shedrick O Davis III** **JPMorgan Chase Legal Dept.** **300 S Grand Avenue - 4th Floor** **Los Angeles, CA 90071** | | | | | Representing: **Chase Manhattan Bank USA, NA** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **Superior Court - Pomona District** **Case # 09C04484** **350 W. Mission Blvd., Room 204** **Pomona, CA 91766** | | | | | Representing: **Chase Manhattan Bank USA, NA** | | | | **Notice Only** |
| Account No. | | | | | **2009** **Potential personal liability for corporate debt** | | | | |
| **Creditor #: 23** **Ching Phung** **20051 Lawson Lane** **Huntington Beach, CA 92646** | C | | | | | | | | **50,000.00** |
| Account No. | | | | | **2009** **Credit Card (3)** | | | | |
| **Creditor #: 24** **Christian Community Credit Union** **P.O. Box 3012** **Covina, CA 91722-9012** | C | | | | | | | | **28,005.00** |
| Account No. | | | | | **2009** **Potential personal liability for corporate debt** | | | | |
| **Creditor #: 25** **City of Corona** **Utility Billing Division** **P.O. Box 940** **Corona, CA 91718** | C | | | | | | | | **100.00** |

Sheet no. __10__ of __43__ sheets attached to Schedule of        Subtotal                    **78,105.00**
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**                                        Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Online Collections** **P. O. Box 1489** **WV 25890** | | | Representing: **City of Corona** | | | | **Notice Only** |
| Account No. **Creditor #: 26** **City Of L.A. Office of Finance** **200 North Spring Street, Room 101** **Los Angeles, CA 90012** | C | | **2009** **Potential Personal liability for a corporate debt (Multiple)** | | | | **4,054.00** |
| Account No. **NCO Financial** **PO BOX 41726** **Philadelphia, PA 19101** | | | Representing: **City Of L.A. Office of Finance** | | | | **Notice Only** |
| Account No. **OSI Collection Serices, Inc.** **P. P. Box 961** **Brookfield, WI 53008** | | | Representing: **City Of L.A. Office of Finance** | | | | **Notice Only** |
| Account No. **Creditor #: 27** **City of Pomona** **505 South Garey Avenue** **Pomona, CA 91766** | C | | **2010** **Claim** | | | | **108.00** |

Sheet no. __11__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **4,162.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Medicredit PO Box 410917 Saint Louis, MO 63141-0917** | | | **Representing: City of Pomona** | | | | **Notice Only** |
| Account No. **Creditor #: 28 City of Whittier 13230 Penn Street Whittier, CA 90602** | C | | **2009-2010 Potential personal liablility for corporate debt** | | | | **3,900.00** |
| Account No. **Creditor #: 29 Coface Collections North America Post Office Box 8510 Metairie, LA 70011-8510** | C | | **2010 Collection account** | | | | **1,800.00** |
| Account No. **Creditor #: 30 County Of Los Angeles Treasurer-Tax Collector 2615 S. Grand Ave. P.O. Box 3191 Los Angeles, CA 90051-1191** | C | | **2009 Potential Personal liability for corporate debt** | | | | **61,000.00** |
| Account No. **Creditor #: 31 County of Los Angeles Public Works 1320 W. Imperial Hwy Los Angeles, CA 90044** | C | | **2009 Potential Personal Liability for corporate debt** | | | | **1,000.00** |

Sheet no. __**12**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **67,700.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | |
| Creditor #: 32 Credit Technology 1990 E. La Cadena Ste A Riverside, CA 92507 | | C | Potential personal liability for corporate debt | | | | 2,500.00 |
| Account No. | | | 2009 | | | | |
| Creditor #: 33 Dai Phung 20051 Lawson Lane Huntington Beach, CA 92646 | | C | Potential Personal liability for a corporate debt | | | | 319,000.00 |
| Account No. | | | 2009-2010 | | | | |
| Creditor #: 34 Debbie Eppelheimer 2788 E. Chapparl Street Ontario, CA 91761 | | C | Potential Personal Liability for Corporate Debt | | | | 150.00 |
| Account No. | | | 2009 | | | | |
| Creditor #: 35 Dennis P. Block, esq. 5437 Laurel Canyon Blvd. Valley Village, CA 91607 | | C | Potential personal liability for corporate debt | | | | 100.00 |
| Account No. | | | 2010 | | | | |
| Creditor #: 36 Dept of Treasury/IRS Holtsville, NY 00501-0021 | | C | Penalties - Federal Income Taxes | | | | 2,041.00 |

Sheet no. __13__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    323,791.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanjesh Prasad Sharma,**                  Case No. _____
      **Aracely Colombina Sharma**
                                      ,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Creditor #: 37**<br>**E. Houston Touceda**<br>**621 South Westmoreland**<br>**Los Angeles, CA 90005** | C | | **2008-2009**<br>**Potential Liability for corporate debt** | | | | 3,105.00 |
| Account No.  **Creditor #: 38**<br>**Eddie So, DDS**<br>**41 E. Foothill Blvd., #206**<br>**Arcadia, CA 91006** | C | | **2010**<br>**Medical** | | | | 900.00 |
| Account No.  **Creditor #: 39**<br>**Edwardo Fausto**<br>**c/o Michael P Ehline**<br>**Los Angeles, CA 90066** | C | | **Personal Liability for corporate debt** | | | | 40,000.00 |
| Account No.  **Collect Tech, Inc, LLC**<br>**28364 S. Western Avenue #429**<br>**Rancho Palos Verdes, CA 90275** | | | **Representing:**<br>**Edwardo Fausto** | | | | Notice Only |
| Account No.  **Law Offices of Michael P Ehline**<br>**11801 Washington Blvd.**<br>**Los Angeles, CA 90066** | | | **Representing:**<br>**Edwardo Fausto** | | | | Notice Only |

Sheet no. __14__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                (Total of this page)     **44,005.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**                                          Case No. _____
       **Aracely Colombina Sharma**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Superior Court of CA-Los Angeles 111 N. Hill St. Stanley Mosk Courthouse BC 370804 Los Angeles, CA 90012** | | | Representing: **Edwardo Fausto** | | | | **Notice Only** |
| Account No. | | | 2010 | | | | |
| **Creditor #: 40 Employment Development Dept Cashier-Benefit Recovery Post Office Box 826806 Sacramento, CA 94208-0001** | C | | **Potential personal liability for corporate debt (Multiple)** | | | | **29,946.00** |
| Account No. | | | 2010 | | | | |
| **Creditor #: 41 Franchise Tax Board Attn: Bankruptcy P O Box 2952 Sacramento, CA 95812-2952** | C | | **Potential personal liability for corporate debt (Multiple)** | | | | **94,468.00** |
| Account No. | | | | | | | |
| **State of Califoria Franchise Tax Board P.O. Box 942857 Sacramento, CA 94267-0011** | | | Representing: **Franchise Tax Board** | | | | **Notice Only** |
| Account No. | | | 2009 | | | | |
| **Creditor #: 42 Fredrick Simon / Karen Wiegman 807 Rutledge Dr. Placentia, CA 92870** | C | | **Potential Personal Liability for Corporate Debt** | | | | **325,000.00** |

Sheet no. __**15**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**449,414.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**                                              Case No. _____
                                                                    ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Frederick Simon dba Pacific Merchandise Display 452 W. Lambert Rd, Ste 214 Brea, CA 92821** | | | **Representing: Fredrick Simon / Karen Wiegman** | | | | **Notice Only** |
| Account No. | | C | **2009 Personal liability for corporate debt** | | | | |
| **Creditor #: 43 Gody Fredy Perez C/O Judith E Deming 17911 Von Karman Ave, #300 Irvine, CA 92614-4343** | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Judith E Deming 17911 Von Karman Ave, #300 Case #BC402476 Irvine, CA 92614-4343** | | | **Representing: Gody Fredy Perez** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Los Angeles Superior Court CASE #BC402476 111 N. Hill Street Los Angeles, CA 90012-3014** | | | **Representing: Gody Fredy Perez** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Wachovia Mortgage FSB 794 Davis Street CASE #BC402476 San Leandro, CA 94577-6922** | | | **Representing: Gody Fredy Perez** | | | | **Notice Only** |

Sheet no. __**16**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sanjesh Prasad Sharma,**
    **Aracely Colombina Sharma**
                                                  ,
                                   Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **44**<br>**Creditor #: 44**<br>**GQ Investments**<br>**5501 W. Avenue**<br>**Ocean City, NJ 08226** | | C | **2009**<br>**Potential personal liability for corporate debt** | | | | 240,000.00 |
| Account No. **45**<br>**Creditor #: 45**<br>**GQ Investments, LLC**<br>**5501 W. Avenue**<br>**Ocean City, NJ 08226** | | C | **2009-2010**<br>**Potential personal liability for corporate** | | | | 240,000.00 |
| Account No. **46**<br>**Creditor #: 46**<br>**Heriberto Ponce**<br>**1538 E. Puente Avenue**<br>**West Covina, CA 91791** | | C | **2010**<br>**Personal Liability for Corporate Debt** | | | | 30,000.00 |
| Account No.<br><br>**Greg C Ojeda**<br>**P. O. Box 7427**<br>**La Verne, CA 91750** | | | **Representing:**<br>**Heriberto Ponce** | | | | Notice Only |
| Account No. **Case #10C02920**<br><br>**Superior Court of CA-Pomona**<br>**County of Los Angeles**<br>**Pomona Courthouse-North**<br>**350 W. Misson Blvd., Suite 204**<br>**Pomona, CA 91766** | | | **Representing:**<br>**Heriberto Ponce** | | | | Notice Only |

Sheet no. __17__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **510,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**
    **Aracely Colombina Sharma**    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.   47 | | | | 2010 | | | | |
| Creditor #: 47 Heritage Pacific Financial 17120 Dallas Parkway, Suite 135 Dallas, TX 75248 | C | | | Deficiency Balance on Mortgage | | | | 140,663.00 |
| Account No.   48 | | | | 2009 | | | | |
| Creditor #: 48 Home Depot Post Office Box 13065 Roswell, GA 30076-9065 | C | | | Potential Personal Liability for corporate debt | | | | 6,178.00 |
| Account No. | | | | Representing: Home Depot | | | | |
| Citibank N.A. Attn: Bankruptcy Dept P.O. Box 20487 Kansas City, MO 64153 | | | | | | | | Notice Only |
| Account No. | | | | Representing: Home Depot | | | | |
| McCarthy, Burgess & Wolff 26000 Cannon Road Bedford, OH 44146 | | | | | | | | Notice Only |
| Account No.   49 | | | | 2009-2010 | | | | |
| Creditor #: 49 Home Fashion Expo 10144 Central Avenue Montclair, CA 91763 | C | | | Personal liability for business debt | | | | 2,700.00 |

Sheet no. __18__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **149,541.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009-2010 | | | | |
| Creditor #: 50 IC Commercial Services Attn: Robert Druttman 4012 Gunn Highway, Suite 250 Tampa, FL 33618 | C | | | Potential personal liability for corporate debt | | | | 17,000.00 |
| Account No. | | | | 2009-2010 | | | | |
| Creditor #: 51 Internal Revenue Service P O Box 21126 Philadelphia, PA 19114 | C | | | Potential Personal Liability for Corporate Debt (Multiple) | | | | 171,500.00 |
| Account No. | | | | Potential personal liaibility for corporate debt | | | | |
| Creditor #: 52 James R. Baranski C/O Levi Reuben, UKU 3540 Wilshire Blvd., #626 Los Angeles, CA 90010 | C | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| Levi Reuben, UKU 3540 Wilshire Blvd, #626 Los Angeles, CA 90010 | | | | Representing: James R. Baranski | | | | Notice Only |
| Account No. | | | | 2009 | | | | |
| Creditor #: 53 John Clark 20051 Lawson Lane Huntington Beach, CA 92646 | C | | | Potential Personal liability for corporate debt | | | | 165,000.00 |

| | | |
|---|---|---|
| Sheet no. __19__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 403,500.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
     **Aracely Colombina Sharma**                                         Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Emerald Financial** <br>**20051 Lawson Lane** <br>**Huntington Beach, CA 92646** | | | **Representing:** <br>**John Clark** | | | | **Notice Only** |
| Account No. Creditor #: 54 <br>**John S. Balisy & Co.** <br>**12831 Newport Avenue, #200** <br>**Tustin, CA 92780** | C | | **2009** <br>**Potential personal liability for a corporate debt** | | | | **40,000.00** |
| Account No. Creditor #: 55 <br>**Jorge Daniel Alvarez** <br>**2140 Haven Drive** <br>**Glendale, CA 91208** | C | | **2009-2010** <br>**Potential personal liability for corporate debt** | | | | **32,500.00** |
| Account No. Creditor #: 56 <br>**Jorge Daniel Alvarez** <br>**2140 Haven Drive** <br>**Glendale, CA 91208** | C | | **2009** <br>**Potential Personal Liability for corporate debt** | | | | **32,500.00** |
| Account No. Creditor #: 57 <br>**Jorge Luna and Clara Luna** <br>**1475 N. Erin Avenue** <br>**Upland, CA 91786** | C | | **2009** <br>**Potential personal liability for coprorate debt** | | | | **40,000.00** |

Sheet no. __20__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **145,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **58**<br>**Creditor #: 58**<br>**Jose Lopez**<br>**C/O Law Office of Brenda E Vargas**<br>**1605 W. OLYMPIC BLVD. #1040**<br>**Los Angeles, CA 90015** | C | | **2010**<br>**Potential personal liability for corporate debt** | | | | **Unknown** |
| Account No.<br><br>**Law office of Brenda E Vargas**<br>**1605 W. OLYMPIC BLVD. #1040**<br>**Los Angeles, CA 90015** | | | Representing:<br>Jose Lopez | | | | **Notice Only** |
| Account No.<br><br>**Superior Court of CA-Los Angeles**<br>**County of Los Angeles**<br>**Case #BC409911**<br>**111 N. Hill St.**<br>**Los Angeles, CA 90012** | | | Representing:<br>Jose Lopez | | | | **Notice Only** |
| Account No.<br>**Creditor #: 59**<br>**JP Morgan Chase Bank**<br>**c/o Malcolm Cisneros, a Law Corpora**<br>**2112 Business Center Drive, 2nd Fl**<br>**Irvine, CA 92612** | C | | **2010**<br>**Judgment** | | | | **12,000.00** |
| Account No.<br><br>**JP Morgan Chase Legal Department**<br>**300 S. Grand Avenue, 4th Floor**<br>**Case No: 09C04484**<br>**Los Angeles, CA 90071** | | | Representing:<br>JP Morgan Chase Bank | | | | **Notice Only** |

Sheet no. __21__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **12,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**
_____,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Superior Court of CA-Pomona Cty of Los Angeles/Case #09C04484 Pomona Courthouse-North 350 W. Misson Blvd., Suite 204 Pomona, CA 91766** | | | Representing: **JP Morgan Chase Bank** | | | | **Notice Only** |
| Account No. **Creditor #: 60 Kaiser Foundation Health File 5915 Los Angeles, CA 90074** | C | | **2009 Medical** | | | | **5,279.00** |
| Account No. **GB Collects, L.L.C 145 Bradford Drive West Berlin, NJ 08091** | | | Representing: **Kaiser Foundation Health** | | | | **Notice Only** |
| Account No. **Victor L. Gammill 20311 SW Acacia Street Suite 200 Newport Beach, CA 92660-1715** | | | Representing: **Kaiser Foundation Health** | | | | **Notice Only** |
| Account No. **Creditor #: 61 Kester & Quinlan LLP P. O. Box 804 Corona Del Mar, CA 92625** | C | | **2009 Potential personal liability for a corporate debt** | | | | **36,377.00** |

Sheet no. **22** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,656.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
**Aracely Colombina Sharma**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 62** **Kramer & Associates** **P. O. Box 500** **Westwood, NJ 07675** | C | | 2009-2010 **Potential Personal liability for corporate debt** | | | | 47,000.00 |
| Account No. **Lyon Financial Services** **1310 Madrid St. Ste100** **Marshall, MN 56258-4001** | | | Representing: **Kramer & Associates** | | | | **Notice Only** |
| Account No. **US Bank** **P.O. Box 6353** **Fargo, ND 58125-6353** | | | Representing: **Kramer & Associates** | | | | **Notice Only** |
| Account No. **Creditor #: 63** **Land Use Services Department** **Fire Hazard Abatement** **385 N. Arrowhead Ave; 1st Floor** **San Bernardino, CA 92415-0185** | C | | 2009 **Potential personal liability for corporate debt** | | | | 3,000.00 |
| Account No. **Creditor #: 64** **Law Offices of Les Zieve** **18377 Beach Blvd. Suite 210** **Huntington Beach, CA 92648** | C | | 2010 **Claim** | | | | 250,000.00 |

Sheet no. __23__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**300,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**                                        Case No. _____
    **Aracely Colombina Sharma**
_____,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | **2010** | | | | |
| **Creditor #: 65** **Lemore Services, Inc.** **P. O. Box 2706** **Del Mar, CA 92014** | C | | **Collection account** | | | | |
| | | | | | | | 2,000.00 |
| Account No. | | | **claim** | | | | |
| **Creditor #: 66** **Liliana Espinoza** **1670 Lincoln Court '5-E'** **Miami Beach, FL 33139** | C | | | | | | |
| | | | | | | | 44,000.00 |
| Account No. | | | **2009-2010** | | | | |
| **Creditor #: 67** **Los Angeles County Tax Collector** **225 North Hill St** **Los Angeles, CA 90012** | C | | **Potential Personal liability for corporate debt (Multiple)** | | | | |
| | | | | | | | 193,441.63 |
| Account No. | | | **2009-2010** | | | | |
| **Creditor #: 68** **Los Angeles Dept of Water & Power** **P.O. Box 30808** **Los Angeles, CA 90030-0808** | C | | **Potential Personal Liability for Corporate Debt (Multiple))** | | | | |
| | | | | | | | 70,000.00 |
| Account No. | | | | | | | |
| **Lemore Services, Inc.** **P. O. Box 2706** **Del Mar, CA 92014** | | | **Representing:** **Los Angeles Dept of Water & Power** | | | | **Notice Only** |

Sheet no. __24__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**309,441.63**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**                                          Case No. _____
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sequoia Financial Services** **500 North Brand Blvd., Suite 1200** **Glendale, CA 91203** | | | Representing: **Los Angeles Dept of Water & Power** | | | | **Notice Only** |
| Account No. | | | **2009-2010** **Personal Liability for corporate debt** | | | | |
| **Creditor #: 69** **Los Angeles Dept of Water & Power** **P.O. Box 30808** **Los Angeles, CA 90030-0808** | C | | | | | | **8,792.00** |
| Account No. | | | | | | | |
| **Caine & Weber** **P.O. Box 5010** **Woodland Hills, CA 91365-5010** | | | Representing: **Los Angeles Dept of Water & Power** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Lemore Services, Inc.** **P. O. Box 2706** **Del Mar, CA 92014** | | | Representing: **Los Angeles Dept of Water & Power** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Sequoia Financial Services** **500 North Brand Blvd., Suite 1200** **Glendale, CA 91203** | | | Representing: **Los Angeles Dept of Water & Power** | | | | **Notice Only** |

Sheet no.  __25__ of __43__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)     |  **8,792.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
    **Aracely Colombina Sharma**                                        Case No. _____

                                  ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 70** **Los Angeles Housing Department** **400 South Main Street** **Los Angeles, CA 90013-1311** | C | | 2009 **Potential personal liability for corporate debt (Multiple)** | | | | **3,877.00** |
| Account No. **NCO Financial** **PO BOX 41726** **Philadelphia, PA 19101** | | | **Representing:** **Los Angeles Housing Department** | | | | **Notice Only** |
| Account No. **OSI Collection Serices, Inc.** **P. P. Box 961** **Brookfield, WI 53008** | | | **Representing:** **Los Angeles Housing Department** | | | | **Notice Only** |
| Account No. **Creditor #: 71** **Los Angeles Housing Department** **400 South Main Street** **Los Angeles, CA 90013-1311** | C | | 2010 **Claim** | | | | **3,700.00** |
| Account No. **Creditor #: 72** **Los Angeles Tax Collector** **P.O. Box 54027** **Los Angeles, CA 90054** | C | | 2010 **Property Taxes (Multiple)** | | | | **15,395.00** |

Sheet no. __26__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page)     **22,972.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
   **Aracely Colombina Sharma**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 73 Creditor #: 73 **Lourdes F Correa** C/O C. Mario Jaramillo, Lee & Kaufm 633 West Fifth Street, 51st Floor Los Angeles, CA 90071 | C | | **2009-2010** **Personal liability for corporate debt** | | | | 75,000.00 |
| Account No. C. Mario Jaramillo Lee & Kaufman 633 West Fifth St., 51st Floor Los Angeles, CA 90071 | | | **Representing:** Lourdes F Correa | | | | Notice Only |
| Account No. Lourdes F Correa 177 N. Edenfield Avenue Azusa, CA 91702 | | | **Representing:** Lourdes F Correa | | | | Notice Only |
| Account No. Superior Court - Los Angeles County Case #BC397069 111 N. Hill Street, Suite 102 Los Angeles, CA 90012 | | | **Representing:** Lourdes F Correa | | | | Notice Only |
| Account No. 74 Creditor #: 74 **Lyon Financial Services, Inc.** 1310 Madrid, Suite 100 Marshall, MN 56258 | C | | **2007** **claim (business debt)** | | | | 17,000.00 |

Sheet no. __27__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,000.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**                                              Case No. _____
         **Aracely Colombina Sharma**
                                                                          ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**IC Systems Inc**<br>**P.O. Box 64378**<br>**Saint Paul, MN 55164** | | | **Representing:**<br>**Lyon Financial Services, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**IC Systems, Inc.**<br>**444 Highway 96 East**<br>**Post Office Box 64437**<br>**Saint Paul, MN 55164-0437** | | | **Representing:**<br>**Lyon Financial Services, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 75**<br>**Marc Lantzman**<br>**Trustee of Lantzman Family Trust**<br>**c/o Jonathan Corn Law Firm**<br>**1220 N Coast Hwy 101, Suite 120**<br>**Encinitas, CA 92024** | C | | **2010**<br>**Potential Personal liability for corporate debt** | | | | **625,000.00** |
| Account No. <br><br>**Jonathan Corn Law Firm**<br>**1220 N. Coast Highway 101, #120**<br>**Encinitas, CA 92024** | | | **Representing:**<br>**Marc Lantzman** | | | | **Notice Only** |
| Account No. <br><br>**Superior Court of CA-Pomona**<br>**350 W. Misson Blvd., Suite 204**<br>**Pomona Courthouse-North**<br>**Case KC059074**<br>**Pomona, CA 91766** | | | **Representing:**<br>**Marc Lantzman** | | | | **Notice Only** |

Sheet no. __**28**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **625,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-2010 Personal liability for corporate debt | | | | |
| Creditor #: 76 Maria Elena Carbajal C/O Richard Daggenhurst 4405 Riverside Drive, #201 Burbank, CA 91505 | | C | | | | | 325,000.00 |
| Account No. | | | Representing: Maria Elena Carbajal | | | | |
| Richard Daggenhurst Daggenhurst Law, APC 4405 Riverside Dr, #201 Burbank, CA 91505 | | | | | | | Notice Only |
| Account No. | | | Representing: Maria Elena Carbajal | | | | |
| Superior Court - Los Angeles County Case #BC431951 111 N. Hill Street, Suite 102 Los Angeles, CA 90012 | | | | | | | Notice Only |
| Account No. | | | 2009-2010 Potential personal liability for corporate debt | | | | |
| Creditor #: 77 Mario Carrillo and Rosa Carillo 805 E. Francisquito Ave West Covina, CA 91790 | | C | | | | | 325,000.00 |
| Account No. | | | 2010 Potential personal liability for corporate debt | | | | |
| Creditor #: 78 Mark J Peacock 5160 Campus Drive Newport Beach, CA 92660 | | C | | | | | 13,000.00 |

Sheet no. __29__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

663,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**
**Aracely Colombina Sharma**                                          Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Adams, Ferrone & Ferrone** **4333 Park Terrace Dr. #200** **Westlake Village, CA 91361** | | | Representing: Mark J Peacock | | | | **Notice Only** |
| Account No. | | | | | | | |
| **PMAC Lending Services, Inc.** **15325 Fairfield Ranch Road** **Chino Hills, CA 91709** | | | Representing: Mark J Peacock | | | | **Notice Only** |
| Account No. | | | 2009-2010 Potential personal liability for corporate debt | | | | |
| **Creditor #: 79** **Marta Espinoza** **568 Alcross Street** **Covina, CA 91722** | C | | | | | | **40,000.00** |
| Account No. | | | 2009-2010 Potential personal liability for corporate debt | | | | |
| **Creditor #: 80** **Michael Tallaee** **C/O Stephen R. Wade** **400 North Mountain Ave, #214B** **Upland, CA 91786** | C | | | | | | **2,100,000.00** |
| Account No. | | | | | | | |
| **Law Offices of Stephen R. Wade** **400 North Mountain Ave, #214B** **Upland, CA 91786** | | | Representing: Michael Tallaee | | | | **Notice Only** |

Sheet no. __**30**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **2,140,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Sanjesh Prasad Sharma,**                                      Case No. _____
          **Aracely Colombina Sharma**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Superior Court of CA-Pomona** **350 W. Misson Blvd., Suite 204** **Pomona Courthouse-North** **Case # KC 058255** **Pomona, CA 91766** | | | **Representing:** **Michael Tallaee** | | | | **Notice Only** |
| Account No. **Creditor #: 81** **Mike Kettle Pool Service** **P. O. Box 2195** **Glendora, CA 91740** | C | | **2009** **Claim** | | | | **900.00** |
| Account No. **Creditor #: 82** **Mission Hills Vacation Ownership** **P. O. Box 105041** **Atlanta, GA 30348-5041** | C | | **2009-2010** **Potential personal liability for corporate debt** | | | | **Unknown** |
| Account No. **Creditor #: 83** **Noel & Irma Nazereno** **3N Enterprises** **2853 S. Plum Lane** **Ontario, CA 91761** | C | | **2009-2010** **Potential personal liability for corporate debt** | | | | **75,000.00** |
| Account No. **Creditor #: 84** **Noel & Irma Nazereno** **3N Enterprises** **2853 S. Plum Lane** **Ontario, CA 91761** | C | | **2009-2010** **Potential personal liability for a corporate debt** | | | | **75,000.00** |

Sheet no. __31__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **150,900.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
 **Aracely Colombina Sharma**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 85** **Oak Tree Business Park, LLC** **C/O The Ren Ken Company** **492 W Foothill Blvd.** **Claremont, CA 91711** | C | | **2009** **Potential personal liability for a corporate debt** | | | | 78,000.00 |
| Account No. **Creditor #: 86** **Omar & Marci Veloz** **4499 Yosemite Way** **Los Angeles, CA 90065** | C | | **2009-2010** **Potential personal liability for corporate debt** | | | | 50,000.00 |
| Account No. **Creditor #: 87** **Pentech Financial Services** **222 SW Columbia Street, Suite 1000** **Portland, OR 97201-6602** | C | | **2009-2010** **Potential personal liability for corporate debt** | | | | 20,000.00 |
| Account No. **Cash Recovery LLC** **P. O. Box 64599** **Chicago, IL 60664** | | | **Representing:** **Pentech Financial Services** | | | | Notice Only |
| Account No. **Creditor #: 88** **Pitney Bowes** **2225 American Drive** **Neenah, WI 54956-1005** | C | | **2010** **Potential personal liability for corporate debt** | | | | 408.00 |

Sheet no. __32__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

148,408.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**                                                        Case No. _____

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pitney Bowes Global Financial**<br>**P. O. Box 371887**<br>**Pittsburgh, PA 15250-7887** | | | **Representing:**<br>**Pitney Bowes** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 89**<br>**Plaza Recovery Associates**<br>**PO Box 18008**<br>**Hauppauge, NY 11788** | C | | **2010**<br>**Claims (2)** | | | | **78,000.00** |
| Account No.<br>**Creditor #: 90**<br>**Positive Alliance**<br>**20051 Lawson Lane**<br>**Huntington Beach, CA 92646** | C | | **2009**<br>**Potential personal liability for coprorate debt** | | | | **213,000.00** |
| Account No.<br>**Creditor #: 91**<br>**Raymond Feacteu**<br>**18731 Leadora Avenue**<br>**Glendora, CA 91741** | C | | **claim** | | | | **300,000.00** |
| Account No.<br>**Creditor #: 92**<br>**Rene Cespedes**<br>**9359 Monte Vista**<br>**Rancho Cucamonga, CA 91701** | C | | **2009**<br>**Potential personal liability for corporate debt** | | | | **100,000.00** |

Sheet no. __33__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal
        (Total of this page)        **691,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009-2010 Potential personal liability for corporate debt | | | | |
| Creditor #: 93 Richard Serrano Mirium Tamayo PIMALL, LLC 7062 Wyoming Court Fontana, CA 92336 | C | | | | | | | | 50,000.00 |
| Account No. | | | | | 2009-2010 Potential personal liability for corporate debt | | | | |
| Creditor #: 94 Richard Serrano & Mirium Tamayo PIMALL, LLC 7062 Wyoming Court Fontana, CA 92336 | C | | | | | | | | 50,000.00 |
| Account No. | | | | | 2009-2010 Potential personal liability for corporate debt | | | | |
| Creditor #: 95 Rick Wong, dba Post Net 142 East Bonita Ave San Dimas, CA 91773 | C | | | | | | | | 2,100.00 |
| Account No. | | | | | Representing: Rick Wong, dba Post Net | | | | |
| Superior Court - Pomona District Case #09S01677 350 West Mission Blvd. Pomona, CA 91766 | | | | | | | | | Notice Only |
| Account No. | | | | | 2009 Consumer Debt - Vet Bill | | | | |
| Creditor #: 96 Rood & Riddle Equine Hospital P. O. Box 12070 Lexington, KY 40580-2070 | C | | | | | | | | 141.00 |

Sheet no. __34__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,241.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**
                                                          Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Credit Solutions** <br> **3290 Blazer Pkwy, Suite 100** <br> **Lexington, KY 40509-1847** | | | Representing: <br> **Rood & Riddle Equine Hospital** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 97** <br> **Ruben Hernandez** <br> **C/O Case Ibrahim & Clauss** <br> **2855 MIchelle Dr, #120** <br> **Irvine, CA 92606** | C | | 2009-2010 <br> Lawsuit | | | | **300,000.00** |
| Account No. <br><br> **D. Michael Clauss** <br> **Case, Ibrahim, & Clauss** <br> **2855 Michelle Dr, #120** <br> **Irvine, CA 92606** | | | Representing: <br> **Ruben Hernandez** | | | | **Notice Only** |
| Account No. <br><br> **Superior Court - Los Angeles County** <br> **Case #BC386120** <br> **111 N. Hill Street, Suite 102** <br> **Los Angeles, CA 90012** | | | Representing: <br> **Ruben Hernandez** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 98** <br> **Rutan & Tucker LLP** <br> **611 Anton Blvd., 14th Floor** <br> **Costa Mesa, CA 92626** | C | | 2010 <br> Claim | | | | **Unknown** |

Sheet no. __35__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **300,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**                                             Case No. _____
       **Aracely Colombina Sharma**
                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 99 **Creditor #: 99 Salvador Lopez C/O Edward G. Operini 16820 Ivy Ave Fontana, CA 92335** | | C | **2009-2010 Personal liability for corporate debt** | | | | 56,346.00 |
| Account No. **Edward G. Operini, Esq. 16820 Ivy Avenue Case #CIVDS 914778 Fontana, CA 92335** | | | **Representing: Salvador Lopez** | | | | Notice Only |
| Account No. **Superior Court - San Berndardino 303 West 3rd St. Case No.: CIVDS914778 San Bernardino, CA 92415** | | | **Representing: Salvador Lopez** | | | | Notice Only |
| Account No. xxxxxxxxxxxx0163 **Creditor #: 100 Sam's Club GECS - Recovery Center PO Box 103104 Roswell, GA 30076** | | C | **2008 Claim** | | | | 749.00 |
| Account No. **GE Money Bank/Sam's Club PO Box 530942 Atlanta, GA 30353-0942** | | | **Representing: Sam's Club** | | | | Notice Only |

Sheet no. __36__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **57,095.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sanjesh Prasad Sharma,**
     **Aracely Colombina Sharma**                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GEMB**<br>**PO Box 981127**<br>**El Paso, TX 79998-1127** | | | Representing:<br>Sam's Club | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial Systems Inc**<br>**507 Prudential Dr**<br>**Horsham, PA 19044** | | | Representing:<br>Sam's Club | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 101**<br>**San Bernardino County**<br>**Att: County Treasurer Tax Collector**<br>**172 West Third Street**<br>**First Floor**<br>**San Bernardino, CA 92415** | C | | **2009-2010**<br>**Potential personal liability for corporate debt** | | | | **23,000.00** |
| Account No.<br><br>**Creditor #: 102**<br>**South Hills Country Club**<br>**2655 South Citrus Street**<br>**West Covina, CA 91791** | C | | **2009**<br>**Potential Liability for corporate debt** | | | | **1,200.00** |
| Account No.<br><br>**Creditor #: 103**<br>**Southern California Gas Company**<br>**P.O. Box 30337**<br>**Los Angeles, CA 90030-0337** | C | | **2008**<br>**Potential Personal Liability for Corporate Debt (3)** | | | | **851.00** |

Sheet no. __37__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **25,051.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
        **Aracely Colombina Sharma**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Financial Credit Network Inc**<br>**PO Box 3084**<br>**Visalia, CA 93291-3084** | | | **Representing:**<br>**Southern California Gas Company** | | | | **Notice Only** |
| Account No.<br><br>**Progressive Management Systems**<br>**P.O. Box 2220**<br>**West Covina, CA 91793-2220** | | | **Representing:**<br>**Southern California Gas Company** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 104**<br>**Sprint**<br>**Post Office Box 4191**<br>**Carol Stream, IL 60197-6419** | C | | **2008**<br>**Potential personal liability for corporate debt** | | | | **463.00** |
| Account No.<br><br>**Diversified Adjustment**<br>**P. O. Box 23145**<br>**Minneapolis, MN 55432** | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |
| Account No.<br><br>**NCO Financial**<br>**PO BOX 41726**<br>**Philadelphia, PA 19101** | | | **Representing:**<br>**Sprint** | | | | **Notice Only** |

Sheet no. __38__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**463.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**                     Case No. _____

                                              ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **105**<br>**Creditor #: 105**<br>**Staples Credit Plan**<br>**P O Box 689020**<br>**Des Moines, IA 50368** | C | | **2009**<br>**Potential personal liability for corporate debt** | | | | **2,444.00** |
| Account No.<br>**Citibank N.A.**<br>**Attn: Bankruptcy Dept**<br>**P.O. Box 20487**<br>**Kansas City, MO 64153** | | | **Representing:**<br>**Staples Credit Plan** | | | | **Notice Only** |
| Account No.<br>**Northland Group**<br>**PO Box 390846**<br>**Edina, MN 55439** | | | **Representing:**<br>**Staples Credit Plan** | | | | **Notice Only** |
| Account No. **106**<br>**Creditor #: 106**<br>**State Board of Equalization**<br>**PO Box 942899**<br>**Sacramento, CA 94279** | C | | **2010**<br>**Claim** | | | | **2,600.00** |
| Account No.<br>**US Bank**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 5229**<br>**Cincinnati, OH 45201** | | | **Representing:**<br>**State Board of Equalization** | | | | **Notice Only** |

Sheet no. __**39**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal                      **5,044.00**
                                 (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**
_____,
                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **107**<br>**Creditor #: 107**<br>**State Of California**<br>**Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267** | C | | **2007**<br>**Potential Personal Liability for corporate debt (Multiple)** | | | | 195,000.00 |
| Account No.<br>**Creditor #: 108**<br>**Telepacific**<br>**P.O. Box 60767**<br>**Los Angeles, CA 90060** | C | | **2009**<br>**Potential personal liability for corporate debt** | | | | 1,700.00 |
| Account No.<br>**Coface Collections North America**<br>**Post Office Box 8510**<br>**Metairie, LA 70011-8510** | | | **Representing:**<br>**Telepacific** | | | | Notice Only |
| Account No.<br>**Creditor #: 109**<br>**The Plumbers Connection**<br>**915 W. Foothill Blvd., #C197**<br>**Claremont, CA 91711** | C | | **2009**<br>**Potential personal Liability for corporate debt** | | | | 300.00 |
| Account No.<br>**Parker Stanbury**<br>**444 S. Flower St. 19th Floor**<br>**Los Angeles, CA 90071** | | | **Representing:**<br>**The Plumbers Connection** | | | | Notice Only |

Sheet no. __40__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

197,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**            Case No. _____
        **Aracely Colombina Sharma**
_____ ,
                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 110 Thoa Phung 20051 Lawson Lane Huntington Beach, CA 92646** | C | | 2009 Potential Personal Liability for corporate debt | | | | 106,000.00 |
| Account No. **Creditor #: 111 Tomas Estolonio 177-23 N. Singingwood St. Orange, CA 92869** | C | | 2009 Potential personal liability for corporate debt | | | | 125,000.00 |
| Account No. **Creditor #: 112 TruGreen 1130 Palmyrita Suite 300 Riverside, CA 92507-1714** | C | | 2009 Claim | | | | 82.00 |
| Account No. **Transworld Systems P. O. Box 1864 Santa Rosa, CA 95402** | | | Representing: TruGreen | | | | Notice Only |
| Account No. **Creditor #: 113 United Site Services, Inc. Can Division 3408 Hillcap Avenue San Jose, CA 95136** | C | | 2009 Potential personal liability for corporate debt (2) | | | | 3,521.00 |

Sheet no. __41__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
               (Total of this page)       234,603.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
      **Aracely Colombina Sharma**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 114 | | | | 2009-2010 Utilities | | | | |
| **Creditor #: 114** **Verizon** **Bankruptcy Administration** **404 Brock Drive** **Post Office Box 3605** **Bloomington, IL 61702-3605** | | C | | | | | | 60.00 |
| Account No. | | | | | | | | |
| **Penn Credit Corp.** **916 S. 14th St.** **P.O. Box 988** **Harrisburg, PA 17108-0988** | | | | Representing: Verizon | | | | Notice Only |
| Account No. | | | | 2010 Potential personal liability for a corporate debt | | | | |
| **Creditor #: 115** **Victronics** **11424 Carmenita Road** **Whittier, CA 90605** | | C | | | | | | 95.00 |
| Account No. | | | | 2009-2010 Potential Personal Liability for Corporate Debt | | | | |
| **Creditor #: 116** **Virginia Martin** **2229 Evergreen** **West Covina, CA 91791** | | C | | | | | | 150,000.00 |
| Account No. | | | | 2009 Deficiency balance on foreclosed mortgage | | | | |
| **Creditor #: 117** **Wachovia Mortgage** **P.O Box 659558** **San Antonio, TX 78265-9558** | | C | | | | | | Unknown |

Sheet no.  **42**  of  **43**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,155.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**                                      Case No. _____

                                        _____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Judith E Deming** <br> **17911 Von Karman Ave, #300** <br> **Irvine, CA 92614-4343** | | | **Representing:** <br> **Wachovia Mortgage** | | | | **Notice Only** |
| Account No. <br><br> **Superior Court - Los Angeles County** <br> **Case #BC402476** <br> **111 N. Hill Street, Suite 102** <br> **Los Angeles, CA 90012** | | | **Representing:** <br> **Wachovia Mortgage** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 118** <br> **Western Exterminator Company** <br> **15157 Sierra Bonita Ln** <br> **Chino, CA 91710-8904** | C | | **2009** <br> **Claim** | | | | **89.00** |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**43**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **89.00** |
| | Total (Report on Summary of Schedules) | **10,756,440.63** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Sanjesh Prasad Sharma,**                  Case No. _____

       **Aracely Colombina Sharma**

_____ ,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Sanjesh Prasad Sharma,**
       **Aracely Colombina Sharma**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Sanjesh Prasad Sharma**
    **Aracely Colombina Sharma**                               Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**son**<br>**son**<br>**daughter** | AGE(S):<br>**10**<br>**3**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mortgage Banker** | **Office Manager** |
| Name of Employer | **Platinum Home Mortgage Corp.** | **Platinum Home Mortgage Corp.** |
| How long employed | **From August 2009** | **From August 2009** |
| Address of Employer | **421 South Cataract Avenue**<br>**San Dimas, CA 91773** | **421 South Cataract Avenue**<br>**San Dimas, CA** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **5,200.00** | $ | **2,403.91** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| | | | | |
| 3. SUBTOTAL | $ | **5,200.00** | $ | **2,403.91** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **500.00** | $ | **453.22** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **500.00** | $ | **453.22** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,700.00** | $ | **1,950.69** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,700.00** | $ | **1,950.69** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **6,650.69** | |

                                       (Report also on Summary of Schedules and, if applicable, on
                                       Statistical Summary of Certain Liabilities and Related Data)

B6I (Official Form 6I) (12/07)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtor only gets paid when a deal closes.  He has not received any paystubs in the last 60 days, which is why none our attached.  He has grossed $51,988.26 so far this year.**

**Debtors had been receiving rent on the rental properties, but that is stopping since the properties are being foreclosed.**

B6J (Official Form 6J) (12/07)

In re    **Sanjesh Prasad Sharma**
_____**Aracely Colombina Sharma**_____    Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,000.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 125.00 |
| c. Telephone | $ | 120.00 |
| d. Other    **See Detailed Expense Attachment** | $ | 553.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 404.00 |
| d. Auto | $ | 250.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other    **See Detailed Expense Attachment** | $ | 1,640.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    **See Detailed Expense Attachment** | $ | 140.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,157.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Debtors are trying to do a loan modification to save their home.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 6,650.69 |
| b.    Average monthly expenses from Line 18 above | $ | 8,157.00 |
| c.    Monthly net income (a. minus b.) | $ | -1,506.31 |

B6J (Official Form 6J) (12/07)

In re  **Sanjesh Prasad Sharma**
       **Aracely Colombina Sharma**
                                              Case No. _____
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Natural Gas | $ | 60.00 |
| Cable Television | $ | 80.00 |
| Cell Phones | $ | 230.00 |
| alarm security system | $ | 23.00 |
| pool man service | $ | 80.00 |
| gardener | $ | 80.00 |
| **Total Other Utility Expenditures** | $ | **553.00** |

**Other Installment Payments:**

| | | |
|---|---|---|
| Kia Payment | $ | 340.00 |
| babysitter | $ | 300.00 |
| private school | $ | 1,000.00 |
| **Total Other Installment Payments** | $ | **1,640.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| Contingency | $ | 50.00 |
| Personal care/grooming | $ | 50.00 |
| pet care--dog food | $ | 40.00 |
| **Total Other Expenditures** | $ | **140.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Sanjesh Prasad Sharma**
**Aracely Colombina Sharma**

Case No. _____

Debtor(s)

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **62**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December  3, 2010**

Signature   **/s/ Sanjesh Prasad Sharma**
**Sanjesh Prasad Sharma**
Debtor

Date   **December  3, 2010**

Signature   **/s/ Aracely Colombina Sharma**
**Aracely Colombina Sharma**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

In re   **Sanjesh Prasad Sharma**
      **Aracely Colombina Sharma**
                                Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Debtor's 2008 Gross Income (approx.)** |
| | **Debtor only lost money in 2008.** |
| **$62,169.00** | **Debtor's 2009 Gross Income (approx.)** |
| **$78,431.29** | **Debtor's 2010 Gross Income (YTD)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wachovia Mortgage, FSB vs Gody Fredy Perez, vs. Sanjesh Sharma, Aracely Sharma, et al CASE #BC402476** | **Cross-Complaint ; Breach of Contract** | **Los Angeles Superior Court 111 N. Hill Street, Suite 102 Los Angeles, CA  90012-3014** | **Judgment** |
| **Carmen Salcido vs Sharma Developments, et al Case #KC051243** | **Breach of Contract; Common Counts** | **Superior Court - Pomona Courthouse 400 Civic Center Plaza Pomona, CA  91766** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **A&E Investments, Inc vs Sanjesh Sharms, Sharma Developments, et al Case #KC052264** | **Complaint for Accounting, Neglgent Misrepresentation, Constructive Fraud, Breach of Fiduciary Duty** | **Superior Court - Pomona 400 Civic Center Plaza Pomona, CA 91766** | **Judgment entered** |
| **Salvador Lopez vs. Sharma Development, Sanjesh Sharma, et al Case #CIVDS 914778** | **Complaint for Breach of Promisoory Note, Money Had and Received, Money Lent** | **Superior Court - San Bernardino 303 West Third Street San Bernardino, CA 92415-0240** | **Judgment** |
| **Chase Bank USA, NA vs. Sanjesh P Sharma Case #09C04484** | **Non-payment** | **Superior Court. Los Angeles County Pomona District, Limited Civil 350 W. Mission Blvd, Room 204 Pomona, CA 91766** | **Judgment** |
| **California Bank & Trust vs. Sanjesh Sharma, Araccely Sharma Case #BC431916** | **Breach of Contract** | **Los Angeles Superior Court 111 N. Hill Street, Suite 102 Los Angeles, CA 90012-3014** | **Pending** |
| **Heriberto Ponce vs. Sanjesh Sharma & Sharma Development, Inc. Case #10C02920** | **Complaint for money** | **Superior Court of California 350 W Mission Blvd Pomona, CA 91766** | **Judgment** |
| **Mark Lantzman v.Sanjesh Sharma, Aracely Sharma, et al. Case #KC059074** | **Civil** | **Superior Court of CA-Pomona 350 W. Mission Blvd., Suite204 Pomona, CA 91766** | **Pending** |
| **Michael Tallae v. Sharma Developments Case #KC058255** | **Civil** | **Los Angeles Superior Court - East District 400 Civic Center Plaza Pomona, CA 91766** | **Pending** |
| **Rick Wong v. Sharma Case #09S01677** | **Civil** | **Superior Court of CA-Pomona 350 West Mission Blvd. Pomona, CA 91766** | **Pending** |
| **Maria Elena Carbajal v. Sharma Case #BC431951** | **Civil** | **Los Angeles Superior Court 111 N. Hill Street, Suite 102 Los Angeles, CA 90012-3014** | **Judgment** |
| **Eduardo Fausto v. Sharma et. al. Case # BC370804** | **Civil** | **Los Angeles Superior Court 111 N. Hill Street, Suite 102 Los Angeles, CA 90012-3014** | **Judgment for Plaintiff** |
| **Lourdes F Correa v. Sharma Case #BC397069** | **Civil** | **Los Angeles Superior Court 111 N. Hill Street, Suite 102 Los Angeles, CA 90012-3014** | **Judgment** |
| **Ruben Hernandez vs. Sharma Development Case #BC386120** | **Civil** | **Los Angeles Superior Court 111 N. Hill Street, Suite 102 Los Angeles, CA 90012-3014** | **Judgment** |
| **Bakhit Fakhoury, Hilda Fakhoury vs, Royal Kana Homes Inc., et al Case #CIVRS1009027** | **Civil** | **San Bernardino Superior Court 8303 N. Haven Avenue Rancho Cucamonga, CA 91730** | **Pending** |
| **Jose Lopez vs. Alicia Ortiz, Sharma Development, et al Case #BC40991** | **Complaint for Monies** | **Superior Court - Los Angeles County 111 N. Hill Street Los Angeles, CA 90012** | **Pending** |

4

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Argus Group**<br>**16633 Ventura Blvd.**<br>**Suite 1330**<br>**Encino, CA 91436** | **Jan 2010** | **1720 W. 66th Street, Los Angeles**<br>**$159,857** |
| **Ocwen Loan Servicing**<br>**Attn Bankruptcy Department**<br>**1661 Worthington Rd Suite 100**<br>**West Palm Beach, FL 33409** | **May 2009** | **10221 Beverly Blvd., Whitter**<br>**$397,633** |
| **Ocwen Loan Servicing**<br>**Attn Bankruptcy Department**<br>**1661 Worthington Rd Suite 100**<br>**West Palm Beach, FL 33409** | **May 2009** | **10255 Beverly Blvd., Whitter** |
| **Chase Mortgage Inc.**<br>**Attention: Mr. Bankruptcy**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | **December 2009** | **209-209 1/2 E. Century Blvd., Los Angeles** |
| **Chase Mortgage Inc.**<br>**Attention: Mr. Bankruptcy**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | **July 2009** | **3120 Dobinson Street, Los Angeles** |
| **Chase Mortgage Inc.**<br>**Attention: Mr. Bankruptcy**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | **July 2009** | **1840 Elaine Street, Pomona**<br>**$255,429** |
| **Chase Mortgage Inc.**<br>**Attention: Mr. Bankruptcy**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | **Nov 2009** | **3439, 3439 1/4, 3439 1/2, 3443 1/2 Marmon Way, Los Angeles** |
| **The Argus Group**<br>**16633 Ventura Blvd.**<br>**Suite 1330**<br>**Encino, CA 91436** | **May 2010** | **142 E. 127th Street, Los Angeles** |
| **Chase Mortgage Inc.**<br>**Attention: Mr. Bankruptcy**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | **April 2010** | **322 East 62nd Street, Los Angeles** |
| **Chase Manhattan Bank USA, NA**<br>**500 White Clay Center Dr.**<br>**Newark, DE 19711-5469** | **2010** | **973. E. 33rd St. Los Angeles, CA** |

5

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chase Manhattan Bank USA, NA**<br>**500 White Clay Center Dr.**<br>**Newark, DE 19711-5469** | **2009** | **1945 San Simeon, Pomona, CA** |
| **The Argus Group**<br>**16633 Ventura Blvd.**<br>**Suite 1330**<br>**Encino, CA 91436** | **2009** | **107 E. 2nd Ave. La Habra, CA** |
| **Chase Auto Finance**<br>**P O Box 901079**<br>**Fort Worth, TX 76101-2079** | **Nov 2008** | **Porsche Turbo 2004** |
| **Chase Auto Finance**<br>**P O Box 78070**<br>**Phoenix, AZ 85062-8070** | **Dec 2008** | **Bentley Arnage 2005** |
| **BMW Bank of North America**<br>**Customer Service Center**<br>**PO box 3608**<br>**Dublin, OH 43016-0306** | **Oct 2009** | **BMW 645ci Convertible 2005** |

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

6

### 9.  Payments related to debt counseling or bankruptcy

None  ☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Price Law Group, APC**<br>**15760 Ventura Blvd. Suite #1100**<br>**Encino, CA 91436** | **2010** | **$5500 plus filing fee** |

### 10.  Other transfers

None  ☐
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Purchaser** | **2008** | **3004 Gary Pomona, CA, sold for approximately $300,000.** |

**None**

None  ■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None  ☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **California Bank & Trust**<br>**Los Angeles Service Center**<br>**P.O. Box 549**<br>**Lawndale, CA 90260** | **Checking** | **2010 $100** |

### 12.  Safe deposit boxes

None  ☐
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **California Bank & Trust** | | **Passports, birth certificates** | **Closed 2010** |

7

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF CREDITOR                 DATE OF SETOFF                        AMOUNT OF SETOFF

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                       NAME USED                                  DATES OF OCCUPANCY

### 16.  Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                              GOVERNMENTAL UNIT             NOTICE            LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                              GOVERNMENTAL UNIT             NOTICE            LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ashton Management LLC** | | | **Debtors own 100% of Ashton Management LLC. The LLC owns the 2 propeties listed on Sch A. The LLC owned a number of former rental properties that have already been foreclosed.** | **2001 to present** |
| **Sharma Development Inc.** | | | **Debtors owned 100% of this corporation, which bought and resold homes. The corporation has since been shut down.** | **2003 to 2009** |
| **Bloomington Estates Inc.** | | | **Debtors once owned 33% of this corporation. This corporation once owned a piece of real estate, which has since been foreclosed. Debtor believes the corporation has since been shut down.** | **10/2004 - 5/2009** |
| **Royal Kanan Homes Inc.** | | | **Debtors owned 33% of this corporation. The corporation built a home, that has already been sold. (The purchaser is suing the corporation.) The corporation has already been closed.** | **6/2003 - 11/2010** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Baldwin Park Builders LLC** | | | **Debtors owned 33% of this corporation.  This corporation built 4 condos that were built and sold.  The corporation has since been dissolved.** | **8/2004 - 10/2009** |
| **Bella Builders Inc.** | | | **Debtors set up this corporation, but no business was ever conducted; it has since been dissolved.** | **2006 to 2009** |
| **Team Sharma DBA Diverse Lending Group** | | | **Debtors owned 100% of Team Sharma Inc.  The corporation owned a mortgage company that opened in August 2006. The business did very poorly because of the collapse in the mortgage industry.  The corporation was tranferred to Debtor's mother in 2007, who shut down the corporation in 2009. The corporation had no value at the time of the transfer.** | **2006 to 2009** |
| **Project Real LLC** | | | **Debtors own 100% of Project Real LLC.  No business was ever conducted by this LLC, and no assets have ever been owned by this LLC.** | **2006 to present.** |

None
☐          b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Bloomington Estates Inc.** | |


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■          a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

10

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

12

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**December  3, 2010**_____    Signature  **/s/ Sanjesh Prasad Sharma**_____
                                                          **Sanjesh Prasad Sharma**
                                                          Debtor


Date __**December  3, 2010**_____    Signature  **/s/ Aracely Colombina Sharma**_____
                                                          **Aracely Colombina Sharma**
                                                          Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Central District of California

In re **Sanjesh Prasad Sharma**
**Aracely Colombina Sharma**

Case No. _____

Debtor(s)

Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**California Bank & Trust** | **Describe Property Securing Debt:**<br>**1700 1700 1/2 1702 1702 1/2 S La Brea Blvd. Los Angeles, CA 4919 St. Elmo**<br>**These 5 units are all on one parcel.**<br><br>**There is litigation pending currently about whether California Bank and Trust has a valid lien.  They certainly should have** |
|---|---|

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Carl Attman** | **Describe Property Securing Debt:**<br>**1700 1700 1/2 1702 1702 1/2 S La Brea Blvd. Los Angeles, CA 4919 St. Elmo**<br>**These 5 units are all on one parcel.**<br><br>**There is litigation pending currently about whether California Bank and Trust has a valid lien.  They certainly should have** |
|---|---|

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Bank USA, NA** | **Describe Property Securing Debt:**<br>**10227 Beverly Blvd.**<br>**Whittier, CA 90604**<br><br>**This property is owned by Debtor's LLC, Ashton Management LLC** |

Property will be (check one):
  ■ Surrendered                              □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase Manhattan Mortgage** | **Describe Property Securing Debt:**<br>**Location: 857 Sonora Ct, San Dimas CA 91773** |

Property will be (check one):
  □ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  ■ Other.  Explain  **Debtor is attempting a loan modification**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 3

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>**Satrohan P Sharma** | **Describe Property Securing Debt:**<br>**1700 1700 1/2 1702 1702 1/2 S La Brea Blvd. Los Angeles, CA**<br>**4919 St. Elmo**<br>**These 5 units are all on one parcel.**<br><br>**There is litigation pending currently about whether California**<br>**Bank and Trust has a valid lien.  They certainly should have** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B8 (Form 8) (12/08)                                                                                              Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    **December  3, 2010**                          Signature    **/s/ Sanjesh Prasad Sharma**
                                                                     **Sanjesh Prasad Sharma**
                                                                     Debtor


Date    **December  3, 2010**                          Signature    **/s/ Aracely Colombina Sharma**
                                                                     **Aracely Colombina Sharma**
                                                                     Joint Debtor

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                                      1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re                                                      | Case No.:

**Sanjesh Prasad Sharma**
**Aracely Colombina Sharma**

                                        Debtor.  | ## DISCLOSURE OF COMPENSATION
                                                   ## OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................... $ _____ 5,500.00

    Prior to the filing of this statement I have received ........................ $ _____ 5,500.00

    Balance Due ............................................................................. $ _____ 0.00

2.  $ **299.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  3, 2010**                          | **/s/ Steven A. Alpert**
*Date*                                         | **Steven A. Alpert 159730**
                                               | *Signature of Attorney*
                                               | **Price Law Group, APC**
                                               | *Name of Law Firm*
                                               | **15760 Ventura Blvd.**
                                               | **Suite 1100**
                                               | **Encino, CA 91436**
                                               | **818-995-4540  Fax: 818-995-9277**

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Steven A. Alpert**<br>**15760 Ventura Blvd.**<br>**Suite 1100**<br>**Encino, CA 91436**<br>**818-995-4540 Fax: 818-995-9277**<br>California State Bar No.: **159730**<br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Sanjesh Prasad Sharma**<br>**Aracely Colombina Sharma** | CHAPTER ___7___<br><br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

### DECLARATION RE: LIMITED SCOPE OF APPEARANCE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.  I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.  On *(specify date)* __2010__ , I agreed with the Debtor that for a fee of $ __5,500.00__ , I would provide only the following services:

   a.  ■   Prepare and file the Petition and Schedules

   b.  ■   Represent the Debtor at the 341(a) Hearing

   c.  ☐   Represent the Debtor in any relief from stay actions

   d.  ☐   Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e.  ☐   Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f.  ☐   Other *(specify)*:

3.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:   **December  3, 2010**

**Price Law Group, APC**
*Law Firm Name*

I HEREBY APPROVE THE ABOVE:

By:   __/s/ Steven A. Alpert__

**/s/ Sanjesh Prasad Sharma**
*Signature of Debtor*

Name:   **Steven A. Alpert 159730**
*Attorney for Debtor*

**/s/ Aracely Colombina Sharma**
*Signature of Joint Debtor*

---

*Rev. 1/01* This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California    **F 2090-1.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B22A (Official Form 22A) (Chapter 7) (12/10)

| | |
|---|---|
| In re **Sanjesh Prasad Sharma**<br>**Aracely Colombina Sharma**<br><div align="center">Debtor(s)</div>Case Number: _____<br><div align="center">(If known)</div> | According to the information required to be entered on this statement<br>(check one box as directed in Part I, III, or VI of this statement):<br>☐ **The presumption arises.**<br>■ **The presumption does not arise.**<br>☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | |
|---|---|
| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐ I remain on active duty /or/<br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was<br>filed;<br><br>           OR<br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than<br>           540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                                2

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a.  ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b.  ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c.  ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d.  ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's Income** | **Column B**<br>**Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary business expenses \| $ \| $ \|<br>\| c. \| Business income \| Subtract Line b from Line a \| \| | $ | $ |
| 5 | **Rents and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary operating expenses \| $ \| $ \|<br>\| c. \| Rent and other real property income \| Subtract Line b from Line a \| \| | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.  Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| \| $ \| $ \|<br>\| b. \| \| $ \| $ \|<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                 3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |

| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |

| Total and enter on Line 17 | | $ |

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are  under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Persons under 65 years of age | | Persons 65 years of age or older | |
| --- | --- | --- | --- |
| a1. | Allowance per person | a2. | Allowance per person |
| b1. | Number of persons | b2. | Number of persons |
| c1. | Subtotal | c2. | Subtotal |

(Line 19B) | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                      4

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| | |
|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: $ |

| | |
|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   $ |

| | |
|---|---|
| **22B** | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   $ |

| | |
|---|---|
| **23** | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| | |
|---|---|
| **24** | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| | |
|---|---|
| **25** | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.**   $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                      5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|----|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. |  |
|----|---|---|
| | a. Health Insurance — $ <br> b. Disability Insurance — $ <br> c. Health Savings Account — $ | $ |
| | Total and enter on Line 34. <br> **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br> $ | |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                  6

| | | |
|---|---|---|
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| | | |
|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>Average Monthly Payment</td><td>Does payment include taxes or insurance?</td></tr><tr><td></td><td></td><td></td><td>$</td><td>☐yes ☐no</td></tr><tr><td></td><td></td><td></td><td>Total: Add Lines</td><td></td></tr></table> | $ |
| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. <table><tr><td></td><td>Name of Creditor</td><td>Property Securing the Debt</td><td>1/60th of the Cure Amount</td></tr><tr><td>a.</td><td></td><td></td><td>$</td></tr><tr><td></td><td></td><td></td><td>Total: Add Lines</td></tr></table> | $ |
| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. <table><tr><td>a.</td><td>Projected average monthly Chapter 13 plan payment.</td><td>$</td></tr><tr><td>b.</td><td>Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)</td><td>x</td></tr><tr><td>c.</td><td>Average monthly administrative expense of Chapter 13 case</td><td>Total: Multiply Lines a and b</td></tr></table> | $ |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| | | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                      7

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025***. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**  Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

---

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                    **8**

| | **Part VIII. VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date:   **December  3, 2010**       Signature:  **/s/ Sanjesh Prasad Sharma** <br>                                                **Sanjesh Prasad Sharma** <br>                                                      *(Debtor)* <br><br> Date:   **December  3, 2010**       Signature  **/s/ Aracely Colombina Sharma** <br>                                              **Aracely Colombina Sharma** <br>                                                *(Joint Debtor, if any)* |

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Steven A. Alpert 159730**

Address     **15760 Ventura Blvd. Suite 1100 Encino, CA 91436**

Telephone   **818-995-4540 Fax: 818-995-9277**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years:<br>**Sanjesh Prasad Sharma**<br>**Aracely Colombina Sharma**<br>**AW Diverse Lending Group; AW Sharma Developments Inc.; AW Team Sharma Inc.; AW Bella Builders Inc.; AW Ashton Management LLC; AW Bloomington Estates Inc.; AW Royal Kanan Homes Inc.; AW Baldwin Park Builders LLC; AW Project Real LLC** | Case No.: |
|---|---|
| | Chapter:       **7** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __27__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **December  3, 2010**                  **/s/ Sanjesh Prasad Sharma**
                                               **Sanjesh Prasad Sharma**
                                               Signature of Debtor

Date:  **December  3, 2010**                  **/s/ Aracely Colombina Sharma**
                                               **Aracely Colombina Sharma**
                                               Signature of Debtor

Date:  **December  3, 2010**                  **/s/ Steven A. Alpert**
                                               Signature of Attorney
                                               **Steven A. Alpert 159730**
                                               **Price Law Group, APC**
                                               **15760 Ventura Blvd.**
                                               **Suite 1100**
                                               **Encino, CA 91436**
                                               **818-995-4540   Fax: 818-995-9277**

Sanjesh Prasad Sharma
421 South Cataract Avenue
San Dimas, CA 91773


Aracely Colombina Sharma
421 South Cataract Avenue
San Dimas, CA 91773


Steven A. Alpert
Price Law Group, APC
15760 Ventura Blvd.
Suite 1100
Encino, CA 91436


A & E Investments Inc
C/O Timothy P Dillon
4660 La Jolla Village Dr #775
San Diego, CA 92122


A & M Trucking
1340 E. Merced Avenue
West Covina, CA 91790


Accounts Receivable Management
P.O. Box 129
Thorofare, NJ 08086-0129


Adams, Ferrone & Ferrone
4333 Park Terrace Dr., Ste 200
Westlake Village, CA 91361


Adams, Ferrone & Ferrone
4333 Park Terrace Dr. #200
Westlake Village, CA 91361

Alfredo & Margarita Albear
Albear Enterprises, Inc.
A & M Trucking
1340 E. Merced Avenue
West Covina, CA 91790


Alfredo & Margarita Albear
Albear Enterprises
1340 E. Merced Avenue
West Covina, CA 91790


American Collection Systems, Inc.
P.O. Box 29117
Columbus, OH 43229-0117


American Coradius International
2420 Sweet Home Road
Suite 150
Amherst, NY 14228-2244


Anchor Loans
1299 Ocean Avenue
Santa Monica, CA 90401-1038


Andrew Leff
Spile, Seigal, Leff & Goor, LLP
16501 Ventura Blvd., #610
Encino, CA 91436-2072


Archer Norris
2033 N. Main Street, #800
Walnut Creek, CA 94596


Arthur W. Shwachman
JP Morgan Chase Legal Dept.
300 S. Grand Ave, 4th Floor
Los Angeles, CA 90071

Aruna Sharma
958 Marymount Lane
Claremont, CA 91711


Axelson Corn
1220 N. Coast Hwy 101, #120
Encinitas, CA 92024


Bakhit Factory
5071 Castle Court
Rancho Cucamonga, CA 91701


Belmont Veterinary Group
335 Rushmore Avenue
Mamaroneck, NY 10543


Belvedere Plumbing Company
dba Bel/CO Real Prop Serv
2647 Pomona Blvd.
Pomona, CA 91768


Binh Phung
20051 Lawson Lane
Huntington Beach, CA 92646


BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 43026-7455


Board of Equalization
P.O Box 942879
Sacramento, CA 94279-8049

Burrtec Waste
1850 Agua Mansa Rd
Riverside, CA 92509


C. Mario Jaramillo
Lee & Kaufman
633 West Fifth St., 51st Floor
Los Angeles, CA 90071


Caine & Weber
P.O. Box 5010
Woodland Hills, CA 91365-5010


California Bank & Trust
Los Angeles Service Center
P.O. Box 549
Lawndale, CA 90260


California Bank and Trust
2399 Gateway Oaks Drive
Suite 110
Sacramento, CA 95833


California Business Bureau
1711 South Mountain Ave.
Monrovia, CA 91017


California Reconveynace Co
9200 Oakdale Ave - CA2-4379
T.S. No. 443741CA
Chatsworth, CA 91311


California Water Service Co.
PO Box 9581
Long Beach, CA 90810-0601

Carl Attman
1510 N. White Ave
La Verne, CA 91750


Carl Attman
27543 Mariam Place
Santa Clarita, CA 91350


Carmen Salcido
C/O Gary A Perotin, Atty at Law
151 North Kraemer Blvd., #225
Placentia, CA 92870


Cash Recovery LLC
P. O. Box 64599
Chicago, IL 60664


Charles Rick Combs &
Deborah K. Combs
4839 Via Camino
Newbury Park, CA 91320


Chase Auto Finance
P O Box 15123
Wilmington, DE 19850


Chase Manhattan Bank USA, NA
500 White Clay Center Drive
Newark, DE 19711-5469


Chase Manhattan Bank USA, NA
500 White Clay Center Dr.
Newark, DE 19711-5469

```
Chase Manhattan Mortgage
Attention:  Research Dept. G7-PP
3415 Vision Drive
Columbus, OH 43219


Ching Phung
20051 Lawson Lane
Huntington Beach, CA 92646


Christian Community Credit Union
P.O. Box 3012
Covina, CA 91722-9012


Citibank N.A.
Attn: Bankruptcy Dept
P.O. Box 20487
Kansas City, MO 64153


City of Corona
Utility Billing Division
P.O. Box 940
Corona, CA 91718


City Of L.A. Office of Finance
200 North Spring Street, Room 101
Los Angeles, CA 90012


City of Pomona
505 South Garey Avenue
Pomona, CA 91766


City of Whittier
13230 Penn Street
Whittier, CA 90602
```

Coface Collections North America
Post Office Box 8510
Metairie, LA 70011-8510


Collect Tech, Inc, LLC
28364 S. Western Avenue #429
Rancho Palos Verdes, CA 90275


County Of Los Angeles
Treasurer-Tax Collector
2615 S. Grand Ave.
P.O. Box 3191
Los Angeles, CA 90051-1191


County of Los Angeles
Public Works
1320 W. Imperial Hwy
Los Angeles, CA 90044


Credit Solutions
3290 Blazer Pkwy, Suite 100
Lexington, KY 40509-1847


Credit Technology
1990 E. La Cadena Ste A
Riverside, CA 92507


D. Michael Clauss
Case, Ibrahim, & Clauss
2855 Michelle Dr, #120
Irvine, CA 92606


Dai Phung
20051 Lawson Lane
Huntington Beach, CA 92646

David B Snyder
LPMorgan Chase Legal Dept.
300 S. Grand Avneue, 4th Floor
Los Angeles, CA 90071


Debbie Eppelheimer
2788 E. Chapparl Street
Ontario, CA 91761


Dennis P. Block, esq.
5437 Laurel Canyon Blvd.
Valley Village, CA 91607


Dept of Treasury/IRS
Holtsville, NY 00501-0021


Dillon & Gerardi, APC
4660 La Jolla Village Dr, #775
San Diego, CA 92122


Diversified Adjustment
P. O. Box 23145
Minneapolis, MN 55432


E. Houston Touceda
621 South Westmoreland
Los Angeles, CA 90005


EDD - State of California
Employment Development Department
P.O. Box 826218
Sacramento, CA 94230-6218

Eddie So, DDS
41 E. Foothill Blvd., #206
Arcadia, CA 91006


Edward G. Operini, Esq.
16820 Ivy Avenue
Case #CIVDS 914778
Fontana, CA 92335


Edwardo Fausto
c/o Michael P Ehline
Los Angeles, CA 90066


Emerald Financial
20051 Lawson Lane
Huntington Beach, CA 92646


Employment Development Dept
Cashier-Benefit Recovery
Post Office Box 826806
Sacramento, CA 94208-0001


Esposito & Associates
616 E. Glenoaks Blvd, #202
Glendale, CA 91207


Financial Credit Network Inc
PO Box 3084
Visalia, CA 93291-3084


First Source Advantage
205 Bryant Woods South
Amherst, NY 14228

Franchise Tax Board
Attn: Bankruptcy
P O Box 2952
Sacramento, CA 95812-2952


Frederick Simon
dba Pacific Merchandise Display
452 W. Lambert Rd, Ste 214
Brea, CA 92821


Fredrick Simon / Karen Wiegman
807 Rutledge Dr.
Placentia, CA 92870


Gary A Perotin, Attorney At Law
151 North Kraemer Blvd, #225
Case #KC051243
Placentia, CA 92870


GB Collects, L.L.C
145 Bradford Drive
West Berlin, NJ 08091


GE Money Bank/Sam's Club
PO Box 530942
Atlanta, GA 30353-0942


GEMB
PO Box 981127
El Paso, TX 79998-1127


Gody Fredy Perez
C/O Judith E Deming
17911 Von Karman Ave, #300
Irvine, CA 92614-4343

GQ Investments
5501 W. Avenue
Ocean City, NJ 08226


GQ Investments, LLC
5501 W. Avenue
Ocean City, NJ 08226


Greg C Ojeda
P. O. Box 7427
La Verne, CA 91750


Heriberto Ponce
1538 E. Puente Avenue
West Covina, CA 91791


Heritage Pacific Financial
17120 Dallas Parkway, Suite 135
Dallas, TX 75248


Home Depot
Post Office Box 13065
Roswell, GA 30076-9065


Home Fashion Expo
10144 Central Avenue
Montclair, CA 91763


IC Commercial Services
Attn: Robert Druttman
4012 Gunn Highway, Suite 250
Tampa, FL 33618

IC Systems Inc
P.O. Box 64378
Saint Paul, MN 55164


IC Systems, Inc.
444 Highway 96 East
Post Office Box 64437
Saint Paul, MN 55164-0437


Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114


Ira G. Rivan
Rutan & Tucker LLP
611 Anton Blvd., 14th flr
Costa Mesa, CA 92626


IRS-Internal Revenue Srvc-CIO
Post Office Box 21126
Stop N781
Philadelphia, PA 19114


James R. Baranski
C/O Levi Reuben, UKU
3540 Wilshire Blvd., #626
Los Angeles, CA 90010


John Clark
20051 Lawson Lane
Huntington Beach, CA 92646


John S. Balisy & Co.
12831 Newport Avenue, #200
Tustin, CA 92780

Jonathan Corn Law Firm
1220 N. Coast Highway 101, #120
Encinitas, CA 92024


Jorge Daniel Alvarez
2140 Haven Drive
Glendale, CA 91208


Jorge Luna and Clara Luna
1475 N. Erin Avenue
Upland, CA 91786


Jose Lopez
C/O Law Office of Brenda E Vargas
1605 W. OLYMPIC BLVD. #1040
Los Angeles, CA 90015


JP Morgan Chase Bank
c/o Malcolm Cisneros, a Law Corpora
2112 Business Center Drive, 2nd Fl
Irvine, CA 92612


JP Morgan Chase Legal Department
300 S Grand Avenue
4th Floor
Los Angeles, CA 90071


JP Morgan Chase Legal Department
300 S. Grand Avenue, 4th Floor
Case No: 09C04484
Los Angeles, CA 90071


Judith E Deming
17911 Von Karman Ave, #300
Irvine, CA 92614-4343

Judith E Deming
17911 Von Karman Ave, #300
Case #BC402476
Irvine, CA 92614-4343


Kaiser Foundation Health
File 5915
Los Angeles, CA 90074


Kester & Quinlan LLP
P. O. Box 804
Corona Del Mar, CA 92625


Kramer & Associates
P. O. Box 500
Westwood, NJ 07675


Land Use Services Department
Fire Hazard Abatement
385 N. Arrowhead Ave; 1st Floor
San Bernardino, CA 92415-0185


Law office of Brenda E Vargas
1605 W. OLYMPIC BLVD. #1040
Los Angeles, CA 90015


Law Offices of Les Zieve
18377 Beach Blvd. Suite 210
Huntington Beach, CA 92648


Law Offices of Michael P Ehline
11801 Washington Blvd.
Los Angeles, CA 90066

Law Offices of Stephen R. Wade
400 North Mountain Ave, #214B
Upland, CA 91786


Lemore Services, Inc.
P. O. Box 2706
Del Mar, CA 92014


Levi Reuben, UKU
3540 Wilshire Blvd, #626
Los Angeles, CA 90010


Liliana Espinoza
1670 Lincoln Court '5-E'
Miami Beach, FL 33139


Los Angeles County Tax Collector
225 North Hill St
Los Angeles, CA 90012


Los Angeles Dept of Water & Power
P.O. Box 30808
Los Angeles, CA 90030-0808


Los Angeles Housing Department
400 South Main Street
Los Angeles, CA 90013-1311


Los Angeles Superior Court
CASE #BC402476
111 N. Hill Street
Los Angeles, CA 90012-3014

Los Angeles Tax Collector
P.O. Box 54027
Los Angeles, CA 90054


Lourdes F Correa
C/O C. Mario Jaramillo, Lee & Kaufm
633 West Fifth Street, 51st Floor
Los Angeles, CA 90071


Lourdes F Correa
177 N. Edenfield Avenue
Azusa, CA 91702


Lyon Financial Services
1310 Madrid St. Ste100
Marshall, MN 56258-4001


Lyon Financial Services, Inc.
1310 Madrid, Suite 100
Marshall, MN 56258


Marc Langtzman
C/O Anchor Loans
1299 Ocean Avenue
Santa Monica, CA 90401-1038


Marc Lantzman
Trustee of Lantzman Family Trust
c/o Jonathan Corn Law Firm
1220 N Coast Hwy 101, Suite 120
Encinitas, CA 92024


Maria Elena Carbajal
C/O Richard Daggenhurst
4405 Riverside Drive, #201
Burbank, CA 91505

Mario Carrillo and Rosa Carillo
805 E. Francisquito Ave
West Covina, CA 91790


Mark J Peacock
5160 Campus Drive
Newport Beach, CA 92660


Marta Espinoza
568 Alcross Street
Covina, CA 91722


McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


Medicredit
PO Box 410917
Saint Louis, MO 63141-0917


Michael Tallaee
C/O Stephen R. Wade
400 North Mountain Ave, #214B
Upland, CA 91786


Mike Kettle Pool Service
P. O. Box 2195
Glendora, CA 91740


Mission Hills Vacation Ownership
P. O. Box 105041
Atlanta, GA 30348-5041

Mitchell N. Kay
7 Penn Plaza, 18th Floor
New York, NY 10001


NCO Financial
PO BOX 41726
Philadelphia, PA 19101


NCO Financial Systems Inc
507 Prudential Dr
Horsham, PA 19044


Noel & Irma Nazereno
3N Enterprises
2853 S. Plum Lane
Ontario, CA 91761


Northland Group
PO Box 390846
Edina, MN 55439


Oak Tree Business Park, LLC
C/O The Ren Ken Company
492 W Foothill Blvd.
Claremont, CA 91711


Omar & Marci Veloz
4499 Yosemite Way
Los Angeles, CA 90065


Online Collections
P. O. Box 1489
WV 25890

OSI Collection Serices, Inc.
P. P. Box 961
Brookfield, WI 53008


Parker Stanbury
444 S. Flower St. 19th Floor
Los Angeles, CA 90071


Penn Credit Corp.
916 S. 14th St.
P.O. Box 988
Harrisburg, PA 17108-0988


Pentech Financial Services
222 SW Columbia Street, Suite 1000
Portland, OR 97201-6602


Pitney Bowes
2225 American Drive
Neenah, WI 54956-1005


Pitney Bowes Global Financial
P. O. Box 371887
Pittsburgh, PA 15250-7887


Plaza Recovery Associates
PO Box 18008
Hauppauge, NY 11788


PMAC Leding Services
15325 Fairfield Ranch Road
Chino Hills, CA 91709

PMAC Lending Services, Inc.
15325 Fairfield Ranch Road
Chino Hills, CA 91709


Positive Alliance
20051 Lawson Lane
Huntington Beach, CA 92646


Progressive Management Systems
P.O. Box 2220
West Covina, CA 91793-2220


Raymond Feacteu
18731 Leadora Avenue
Glendora, CA 91741


Rene Cespedes
9359 Monte Vista
Rancho Cucamonga, CA 91701


Richard Daggenhurst
Daggenhurst Law, APC
4405 Riverside Dr, #201
Burbank, CA 91505


Richard Serrano
Mirium Tamayo
PIMALL, LLC
7062 Wyoming Court
Fontana, CA 92336


Richard Serrano & Mirium Tamayo
PIMALL, LLC
7062 Wyoming Court
Fontana, CA 92336

Rick Wong, dba Post Net
142 East Bonita Ave
San Dimas, CA 91773


Rood & Riddle Equine Hospital
P. O. Box 12070
Lexington, KY 40580-2070


Ruben Hernandez
C/O Case Ibrahim & Clauss
2855 MIchelle Dr, #120
Irvine, CA 92606


Rutan & Tucker LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626


Salvador Lopez
C/O Edward G. Operini
16820 Ivy Ave
Fontana, CA 92335


Sam's Club
GECS - Recovery Center
PO Box 103104
Roswell, GA 30076


Samuel A. Lovely, Esq
451 W. Bonita Avenue, #9
Case #KC052264
San Dimas, CA 91773


San Bernardino Co. Superior Court
West District
(Case No. CIVRS1009027)
8303 Haven Ave.
Rancho Cucamonga, CA 91730

San Bernardino County
Att: County Treasurer Tax Collector
172 West Third Street
First Floor
San Bernardino, CA 92415


Satrohan P Sharma
1619 Oxford Court
San Dimas, CA 91773


Sequoia Financial Services
500 North Brand Blvd., Suite 1200
Glendale, CA 91203


Shedrick O Davis III
JPMorgan Chase Legal Dept.
300 S Grand Avenue - 4th Floor
Los Angeles, CA 90071


South Hills Country Club
2655 South Citrus Street
West Covina, CA 91791


Southern California Gas Company
P.O. Box 30337
Los Angeles, CA 90030-0337


Sprint
Post Office Box 4191
Carol Stream, IL 60197-6419


Staples Credit Plan
P O Box 689020
Des Moines, IA 50368

State Board of Equalization
PO Box 942899
Sacramento, CA 94279


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


State of Califoria
Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94267-0011


State Of California
Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267


Superior Court - Los Angeles County
Case #BC402476
111 N. Hill Street, Suite 102
Los Angeles, CA 90012


Superior Court - Los Angeles County
Case #KC051243
111 N. Hill Street, Suite 102
Los Angeles, CA 90012


Superior Court - Los Angeles County
Case #BC397069
111 N. Hill Street, Suite 102
Los Angeles, CA 90012


Superior Court - Los Angeles County
Case #BC386120
111 N. Hill Street, Suite 102
Los Angeles, CA 90012

Superior Court - Los Angeles County
Case #BC431951
111 N. Hill Street, Suite 102
Los Angeles, CA 90012


Superior Court - Los Angeles County
Case #BC431916
111 N. Hill Street, Suite 102
Los Angeles, CA 90012


Superior Court - Pomona District
Case # KC052264
400 Civic Center Plaza
Pomona, CA 91766


Superior Court - Pomona District
Case #09S01677
350 West Mission Blvd.
Pomona, CA 91766


Superior Court - Pomona District
Case # 09C04484
350 W. Mission Blvd., Room 204
Pomona, CA 91766


Superior Court - San Berndardino
303 West 3rd St.
Case No.: CIVDS914778
San Bernardino, CA 92415


Superior Court of CA-Los Angeles
111 N. Hill St.
Stanley Mosk Courthouse
BC 370804
Los Angeles, CA 90012


Superior Court of CA-Los Angeles
County of Los Angeles
Case #BC409911
111 N. Hill St.
Los Angeles, CA 90012

```
Superior Court of CA-Pomona
350 W. Misson Blvd., Suite 204
Pomona Courthouse-North
Case # KC 058255
Pomona, CA 91766


Superior Court of CA-Pomona
Cty of Los Angeles/Case #09C04484
Pomona Courthouse-North
350 W. Misson Blvd., Suite 204
Pomona, CA 91766


Superior Court of CA-Pomona
County of Los Angeles
Pomona Courthouse-North
350 W. Misson Blvd., Suite 204
Pomona, CA 91766


Superior Court of CA-Pomona
350 W. Misson Blvd., Suite 204
Pomona Courthouse-North
Case KC059074
Pomona, CA 91766


Telepacific
P.O. Box 60767
Los Angeles, CA 90060


The Plumbers Connection
915 W. Foothill Blvd., #C197
Claremont, CA 91711


Thoa Phung
20051 Lawson Lane
Huntington Beach, CA 92646


Tomas Estolonio
177-23 N. Singingwood St.
Orange, CA 92869
```

Transworld Systems
P. O. Box 1864
Santa Rosa, CA 95402


TruGreen
1130 Palmyrita Suite 300
Riverside, CA 92507-1714


United Site Services, Inc.
Can Division
3408 Hillcap Avenue
San Jose, CA 95136


US Bank
P.O. Box 6353
Fargo, ND 58125-6353


US Bank
Attn: Bankruptcy Dept.
P.O. Box 5229
Cincinnati, OH 45201


Verizon
Bankruptcy Administration
404 Brock Drive
Post Office Box 3605
Bloomington, IL 61702-3605


Victor L. Gammill
20311 SW Acacia Street
Suite 200
Newport Beach, CA 92660-1715


Victronics
11424 Carmenita Road
Whittier, CA 90605

Virginia Martin
2229 Evergreen
West Covina, CA 91791


Wachovia Mortgage
P.O Box 659558
San Antonio, TX 78265-9558


Wachovia Mortgage FSB
794 Davis Street
CASE #BC402476
San Leandro, CA 94577-6922


Western Exterminator Company
15157 Sierra Bonita Ln
Chino, CA 91710-8904